1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK
     -------------------------------------------------X
4    JULIO NEGRON,

5                                    Plaintiff,

6         -against-                  Case No:
                                     18-CV-6645(NGG)(SMG)
7

8    THE CITY OF NEW YORK, PATRICK O'CONNOR,
     IN HIS INDIVIDUALAND OFFICIAL CAPACITIES, AND
9    ROBERT MOSCOSO, IN HIS INDIVIDUAL AND OFFICIAL
     CAPACITIES.
10
                                     Defendants.
11
     -------------------------------------------------X
12

13                        DATE: December 16, 2019

14                        TIME: 10:18 a.m.

15

16

17                                  DEPOSTION of the

18    DEFENDANT, THE CITY OF NEW YORK, by a witness,

19    LIEUTENANT STEVEN WEISS, taken by the Plaintiff,

20    pursuant to a Subpoena and to the Federal Rules of

21    Civil Procedure, held at the LAW OFFICES OF JOEL B.

22    RUDIN P.C., Carnegie Hall Tower, 152 West 57th Street,

23    8th Floor, New York, New York 10018, before

24    Bonita Richards, a Notary Public of the

25    State of New York.

```
 1

 2      A P P E A R A N C E S:

 3


 4      LAW OFFICES OF JOEL B. RUDIN, P.C.
        Attorneys for Plaintiff
 5      JULIO NEGRON
        CARNEGIE HALL TOWER
 6         152 West 57th Street
           8th Floor
 7         New York, New York 10019

 8      BY:  JACOB LOUP, ESQ.

 9


10      GEORGIA M. PESTANA
        NEW YORK CITY LAW DEPARTMENT
11      CORPORATION COUNSEL
        Attorneys for Defendants
12      THE CITY OF NEW YORK
           100 Church Street
13         New York, New York 10007

14      BY:  MORGAN C. MCKINNEY, ESQ.
             Assistant Corporation Counsel
15

16

17

18      A L S O   P R E S E N T:

19      MELANIE BRAVERMAN, ESQ.
        NEW YORK POLICE DEPARTMENT
20

21

22

23

24

25
```

1

2

3              F E D E R A L   S T I P U L A T I O N S

4

5

6    IT IS HEREBY STIPULATED AND AGREED by and between

7    the counsel for the respective parties herein that

8    the sealing, filing and certification of the within

9    deposition be waived; that the original of the

10   deposition may be signed and sworn to by the witness

11   before anyone authorized to administer an oath, with

12   the same effect as if signed before a Judge of the

13   Court; that an unsigned copy of the deposition may

14   be used with the same force and effect as if signed

15   by the witness, 30 days after service of the

16   original & 1 copy of same upon counsel for the

17   witness.

18

19   IT IS FURTHER STIPULATED AND AGREED that all

20   objections except as to form, are reserved to the

21   time of trial.

22

23              *         *         *         *

24

25

```
 1                          S. WEISS

 2                       (Record Open)

 3                  (Whereupon, a call was placed to the

 4              chambers of Judge Gold.)

 5                  THE CLERK:  Judge Gold's chambers.

 6                  MS. MCKINNEY:  Hi.

 7                      This is Morgan McKinney for the

 8              defendants in Negron.

 9                      We also have Jacob Loup here for the

10              plaintiff, as well as Lieutenant Weiss and

11              Melanie Braverman, a representative from the

12              NYPD.

13                  THE CLERK:  Okay, please hold.

14                  JUDGE GOLD:  Good morning.

15                      Who's on for the plaintiff?

16                  MR. LOUP:  It's Jacob Loup, your Honor.

17                  JUDGE GOLD:  How are you?

18                      Who's on for the defendant?

19                  MS. MCKINNEY:  Morgan McKinney, your

20              Honor.

21                  JUDGE GOLD:  I understand that you're

22              gathered to conduct a 30(B)(6) deposition.

23                  MS. MCKINNEY:  Yes, your Honor.

24                  JUDGE GOLD:  That the witness and court

25              reporter are present.
```

```
 1                         S. WEISS

 2              MS. MCKINNEY:  Yes, your Honor.

 3              JUDGE GOLD:  That the plaintiff wishes to

 4          proceed, and that the defendants object to the

 5          deposition going forward.

 6              MS. MCKINNEY:  Yes.

 7              JUDGE GOLD:  Is that right?

 8              MS. MCKINNEY:  Yes.

 9              JUDGE GOLD:  I am going to allow the

10          deposition to go forward, and I'm going to tell

11          you why.

12                  When a dispute arises under our local

13          rules concerning discovery, a letter motion may

14          be filed, after which the opposition, the other

15          side, may have four days to respond.

16                  This deposition was apparently

17          scheduled for this morning for some time.  I

18          didn't get an objection to it until the Thursday

19          before the Monday morning of the deposition.  I

20          didn't get a response to that objection until the

21          Friday before the Monday morning of the

22          deposition.

23                  That does not give either the

24          plaintiff enough time to fully respond, as

25          they're entitled to under the rules, or the court
```

```
1                        S. WEISS
2          to have one -- even one business hour when I was
3          not in court, to review the material.
4                    So, as far as I'm concerned, the
5          motion was made too late.  You can go ahead and
6          do the deposition.
7                    And if the City has an objection and
8          thinks that they're entitled to some relief
9          because of the deposition, you can make whatever
10         motion for whatever reason you can conjure after
11         it's completed.
12                   Anything further from the defendant?
13             MS. MCKINNEY:  Your Honer, we'd just like
14         to note for the record, that the defendants have
15         now been able to find both roll-calls for the
16         104th Precinct, and plaintiff has had an
17         opportunity to review them.
18                   So, our position is going to be that
19         any testimony regarding searches that were
20         conducted for the roll-calls or retention
21         policies related to the roll-call would be deemed
22         moot.
23                   Our position is also that the
24         Declaration that was provided to the plaintiffs
25         on December 6th of 2019 is sufficiently detailed.
```

```
 1                        S. WEISS

 2              JUDGE GOLD:  Is the court reporter

 3        getting this down, by the way?

 4              THE REPORTER:  Yes, your Honor.

 5              MS. MCKINNEY:  Yes, your Honor.

 6              JUDGE GOLD:  Great.

 7                  So, why don't you include in your

 8        presentation to me, why it took so long and why

 9        you didn't move to preclude the deposition until

10        less than 48 business hours before it was

11        scheduled to begin?

12              MS. MCKINNEY:  Just to briefly mark for

13        the record, your Honor, because it was my

14        understanding that unless the defendants were

15        able to produce the Declaration and these

16        roll-calls, the deposition would still be going

17        forward.

18                  That's why we moved for a Protective

19        Order at that time, because our understanding was

20        once that final Declaration was produced on

21        December 6th, 2019 we would be relieved of our

22        obligation because --

23              JUDGE GOLD:  If it was produced on

24        December 6th, whey didn't you move on

25        December 6th, so there would have been enough
```

```
 1                        S. WEISS
 2            time to address it?
 3                  MS. MCKINNEY:  Because plaintiff's
 4            counsel did not make us aware that they felt that
 5            the Declaration was deficient until December 9th,
 6            your Honor.
 7                  JUDGE GOLD:  Until December 9th, all
 8            right.
 9                    So, why did you not move until the
10            afternoon of December 12th --
11                  MS. MCKINNEY:  Due to the fact that I --
12                  JUDGE GOLD:  -- with the deposition
13            coming up on the 16th?
14                  MS. MCKINNEY:  Due to the fact that I
15            have a very busy case load, your Honor.  And that
16            was the --
17                  JUDGE GOLD:  So, do I.
18                  MS. MCKINNEY:  -- I had to --
19                  JUDGE GOLD:  So, do I.
20                    Why did you give the Court less than
21            24-hours or 24-hours, basically, to read the
22            three letters, make a ruling, and spare you
23            coming in today?
24                      If it took you three or four days, why
25            would you assume the Court to react quicker?
```

```
 1                         S. WEISS

 2                    MS. MCKINNEY:  Because your Honor, I

 3            thought that --

 4                    JUDGE GOLD:  Next time, present your

 5            motion as soon as the issue arises.  The

 6            deposition will go forward.

 7                         Anything further from the plaintiff?

 8                    MR. LOUP:  No, your Honor.

 9                    JUDGE GOLD:  Goodbye.

10                         o0o

11      L I E U T E N A N T  S T E V E N  W E I S S, called

12      as a witness, having been first duly sworn by a

13      Notary Public of the State of New York, was examined

14      and testified as follows:

15      EXAMINATION BY

16      MR. LOUP:

17            Q.    State your name and address for the record,

18      please.

19            A.    Lieutenant Steven Weiss.  One Police Plaza,

20      New York, New York 10038.

21            Q.    Good morning, Lieutenant Weiss.

22                  This is a lawsuit brought in the

23      United States District Court, the Eastern District of

24      New York on behalf of Julio Negron, who alleges he was

25      unjustly convicted for a shooting that happened in 2005.
```

| | |
|---|---|
| 1 | S. WEISS |
| 2 | This deposition is taking place under |
| 3 | Federal Rule of Civil Procedure 30(B)(6).  As you know, |
| 4 | it was ordered by the court. |
| 5 | The purpose of the deposition is to allow |
| 6 | plaintiff to inquire into what we believe to be defendant's |
| 7 | failure so far to produce documents of the NYPD, in |
| 8 | response to plaintiff's discovery demands. |
| 9 | MR. LOUP:  Let me just put on the record, |
| 10 | that before this deposition started, defendant's |
| 11 | counsel took the position that the deposition |
| 12 | shouldn't start until we could call the Court, |
| 13 | seeking a ruling on defendant's Motion of |
| 14 | December 12th, 2019, seeking a Protective Order. |
| 15 | And we did have a phone call with |
| 16 | Judge Gold before we began, and he ruled that the |
| 17 | deposition should go forward. |
| 18 | MS. MCKINNEY:  I'd also just like to mark |
| 19 | for the record, since I did not get the |
| 20 | opportunity to bring this objection up with the |
| 21 | Judge as well in our previous phone call, is that |
| 22 | defendants do reserve the right to move the Court |
| 23 | in previous time, for relief of their obligation |
| 24 | to pay in whole for this 30(B)(6) deposition, in |
| 25 | consideration of the fact that both roll-calls |

```
 1                          S. WEISS

 2              have now been found prior to the start of this

 3              deposition.

 4                          And it's the defendant's position that

 5              the Declaration of Lieutenant Weiss, that was

 6              previously provided to plaintiff's counsel on

 7              December 6th, 2019, is sufficient.

 8              Q.    Lieutenant Weiss, is there any physical or

 9      medical reason why you are not able today to testify about

10      the matters that I just mentioned that this deposition is

11      about?

12              A.    No.

13              Q.    If I ask you a question that seems unclear

14      to you or that you'd like to have rephrased, you may and

15      should ask me to rephrase it.

16                          Do you understand that?

17              A.    Yes.

18              Q.    If you give an answer and upon reflection

19      you believe it is in some way inaccurate or incomplete, you

20      may and should complete or correct your answer.

21                          Do you understand that?

22              A.    Yes.

23              Q.    Ms. McKinney from the City Law Department

24      is representing you here today?

25              A.    Yes.
```

```
 1                            S. WEISS

 2              Q.    Did you meet with Ms. McKinney to prepare

 3      for this deposition?

 4              A.    Yes.

 5              Q.    How many times?

 6              A.    One time.

 7              Q.    When was that?

 8              A.    Last Friday.

 9                    THE WITNESS:  Is that right?

10                    MS. MCKINNEY:  Yes.

11              Q.    During that meeting, did you review any

12      documents in preparation for the deposition?

13              A.    Yes.

14              Q.    Which documents?

15              A.    Department procedures related to retention

16      of files.

17              Q.    Did you review any other documents?

18              A.    I don't believe we did, no.

19              Q.    Which department procedures regarding

20      retention of files did you review?

21              A.    An Operations Order from 2017, that gives

22      direction on what can be retained and what can be

23      destroyed, and then some Administrative Guide procedures

24      related to document destruction, and a memo from the -- I

25      want to say, from the Office of Management Analysis and
```

```
 1                           S. WEISS
 2    Planning regarding retention of detective squad files.
 3             Q.    Were any of those policies in effect as of
 4    2005 or 2006?
 5             A.    No -- I should tell you, so the policies we
 6    reviewed were issued after 2005.  I don't know if they
 7    were -- if there was a policy similar to that in 2005.  But
 8    the policies I reviewed themselves were not.
 9             Q.    You didn't review any policies that were in
10    effect as of 2005?
11             A.    Correct.
12             Q.    What is your current position?
13             A.    Lieutenant, Commander of 104th Precinct
14    Detective Squad.
15             Q.    How long have you been with the NYPD?
16             A.    20 years and six months.
17             Q.    You started in 1999?
18             A.    Yes.
19             Q.    What was your first position?
20             A.    After graduating the police academy, I was
21    assigned to the 67th Precinct in Brooklyn.
22             Q.    That was as a patrol officer?
23             A.    Yes.
24             Q.    How long were you in that position?
25             A.    I had several assignments at the precinct.
```

```
 1                              S. WEISS

 2                    I was there until I was promoted to

 3      sergeant in September of 2005, maybe August of 2005.

 4              Q.    What was your next position after that?

 5              A.    I was a sergeant in the 81st Precinct, also

 6      in Brooklyn.

 7              Q.    How long were you in that position?

 8              A.    I was there until April of 2009.

 9              Q.    What was your next position after that?

10              A.    I was assigned as lieutenant in the

11      71st Precinct in Crown Heights, Brooklyn.

12              Q.    How long were you in that position?

13              A.    I was there until July of 2014.

14              Q.    Your next position after that?

15              A.    After that, I was assigned, for a short

16      period of time, as commander of the Queens Night Watch

17      Squad.

18                    It was for like a month.

19              Q.    After that?

20              A.    I was assigned as the commanding officer of

21      the 115th Precinct Detective Squad.

22              Q.    How long were you in that position?

23              A.    I was there until, I want to say

24      March of 2008.

25              Q.    And after that?
```

```
 1                              S. WEISS
 2              A.    After that I was assigned to the Office of
 3      the Chief of Crime Control Strategies at headquarters.
 4              Q.    You said "headquarters"?
 5              A.    Yes, Headquarters.
 6              Q.    How long were you in that position?
 7              A.    About 13 months.
 8              Q.    What was your position after that?
 9              A.    After that, I was assigned for a brief
10      period of time as the commanding officer of the 111th
11      Precinct Detective Squad.
12              Q.    How long were you in that position?
13              A.    Two months, maybe.
14              Q.    After that?
15              A.    Then I was assigned to the 104th Precinct
16      Detective Squad.
17              Q.    When were you assigned to the 104th?
18              A.    That's a good question, maybe April, May,
19      around there.  I'm not 100 percent sure.
20              Q.    Of 2019?
21              A.    Yeah, of 2019.
22              Q.    I'm sorry, so when you said -- I think
23      maybe I wrote this down incorrectly.
24                    But you said you were the "commanding
25      officer of 115 Precinct Detective Squad" as of "March 2018"
```

S. WEISS

1

2    not 2008?

3         A.   No, I was there until 2018, until

4    March 2018, and then I moved on to Crime Patrol Strategies.

5         Q.   Okay.

6              If you wrote in your Declaration that you

7    submitted in this case, that you had been the commanding

8    officer of the 104th since June 27th, 2019 --

9         A.   That might be correct.

10             When I did this, I might have actually

11   looked at the orders.  So, that's probably when I was

12   officially assigned there.

13             MR. LOUP:  Let's just mark this as an

14        Exhibit 1.

15             (Whereupon, Plaintiff's Exhibit 1, a

16        seven-page Declaration of Lieutenant Steven Weiss

17        dated November 27th, 2019, is marked for

18        identification, as of this date.)

19        Q.   Lieutenant, I'm showing you what's been

20   marked as Plaintiff's Exhibit 1.

21             (Whereupon, the witness reviews Plaintiff's

22        Exhibit 1.)

23        Q.   Do you recognize that document?

24        A.   Yes.

25        Q.   What is it?

```
 1                        S. WEISS
 2          A.    It's a Declaration that I prepared for this
 3    case.
 4          Q.    That's signed by you, dated
 5    November 27th, 2019?
 6          A.    Yes.
 7          Q.    And you're familiar with this document,
 8    you've had a chance to review it recently?
 9          A.    Yes.
10          Q.    According to this Declaration, you
11    conducted your own search for records in this case,
12    correct?
13          A.    Yes.
14          Q.    In preparing for this deposition, did you
15    inquire as to any efforts by other persons to locate NYPD
16    documents --
17                MS. MCKINNEY:  Objection.
18          Q.    -- in response to plaintiff's discovery
19    request?
20                MS. MCKINNEY:  Objection.
21          Q.    If she objects, you can still answer unless
22    she instructs you not to.
23          A.    I did, yes.
24          Q.    Did you learn about any such efforts by
25    other persons?
```

```
 1                        S. WEISS

 2              MS. MCKINNEY:  Objection.

 3        A.    I learned that there -- that another

 4   detective had been contacted to try to find these records.

 5        Q.    What was the name of that detective?

 6        A.    Louis Ledado.

 7        Q.    Did you learn whether he had in fact

 8   searched for records?

 9              MS. MCKINNEY:  Objection.

10        A.    He -- yes, I did.

11        Q.    Did he search for those records before you

12   conducted your search --

13              MS. MCKINNEY:  Objection.

14        Q.    -- as far as you know?

15        A.    I don't know.

16        Q.    Do you know whether he found any records?

17              MS. MCKINNEY:  Objection.

18        A.    As far as I know, he did not.

19        Q.    Did you learn about any other efforts by

20   anybody else, to locate NYPD documents in response to

21   plaintiff's discovery request?

22              MS. MCKINNEY:  Objection.

23        A.    No.

24        Q.    Only Detective Ledado?

25        A.    Correct.
```

```
 1                              S. WEISS
 2              Q.    Are you aware of any searches, other than
 3      those conducted by Detective Ledado and those you described
 4      in your Declaration, Exhibit 1, for NYPD records requested
 5      by plaintiff in this case?
 6                         MS. MCKINNEY:   Objection.
 7              A.    No.
 8              Q.    Are you aware of any policies or routine
 9      practices of the NYPD in 2005 or 2006, regarding documents
10      produced during the course of a police investigation?
11                         MS. MCKINNEY:   Objection.
12              A.    Policy -- just so I understand what you're
13      asking, you're asking if I know what policies were in place
14      in 2005 and '06, regarding retention of records?
15              Q.    Yes.
16              A.    I do not.
17              Q.    Are you aware whether any policies were in
18      the Patrol Guide at the time, regarding retention of
19      documents produced during investigations?
20                         MS. MCKINNEY:   Objection.
21              A.    No.
22              Q.    Are you aware of any practices of the
23      104th Precinct, as of 2005 and 2006, regarding the
24      retention of documents produced during police
25      investigations?
```

```
 1                         S. WEISS

 2                   MS. MCKINNEY:  Objection.

 3            A.    No.

 4            Q.    In preparation for this deposition, did you

 5     inquire as to any such policies or practices of the

 6     104th Precinct?

 7                   MS. MCKINNEY:  Objection.

 8            A.    No.

 9                   MS. MCKINNEY:  Off the record.

10             (Whereupon, a short recess was taken.)

11                   MR. LOUP:  Back on the record.

12                   MS. MCKINNEY:  So, I know that on

13             December 12, 2019 we formally objected to the

14             scope of plaintiff's 30(B)(6) deposition noticed in

15             this matter.  I'd like to formally do that again

16             on the record for this deposition.

17                   So, we're going to object and limit

18             the scope of today's deposition to

19             Lieutenant Weiss's testimony about his personal

20             experience of the practices for record retention

21             polices for case files of the NYPD back in 2005,

22             as well as his personal search for the Negron

23             case file in this matter.  And that is what we

24             are limiting the scope of his testimony to speak

25             to.
```

S. WEISS

1

2          And again, just as a point of

3     clarification, he did review NYPD policies and

4     practices, the most recent ones that could be

5     found.  Additional time would be needed to search

6     for the actual written policies to be able to

7     produce those.

8          However -- and Lieutenant Weiss, you

9     can speak to this if you're asked this

10    question -- but my understanding is that based on

11    his personal review of those policies and his

12    understanding of the practices of the NYPD, that

13    they wouldn't be significantly different.

14          And to the extent you would need any

15    clarification, we could pull those older

16    policies, but we would need more time.  As my

17    understanding is it would generally take weeks to

18    try to get a hold of those.

19          MR. LOUP:  Okay.

20          I will just put on the record that the

21    procedure of a Rule 30(B)(6) deposition under the

22    Federal Rules, is that the party taking the

23    deposition notices topics to be inquired into at

24    the deposition.

25          And the party being deposed has an

```
 1                      S. WEISS
 2          obligation to designate officers, officials who
 3          can testify on behalf of the organization about
 4          the questions noticed in the deposition.  So, the
 5          party being deposed has an obligation to prepare
 6          witnesses to testify about the matters laid out
 7          in the deposition notice.
 8                  So, that's why I'm asking
 9          Lieutenant Weiss not only about the particular
10          search he conducted or his personal knowledge,
11          but any knowledge of other searches or any
12          knowledge of other policies he may have obtained
13          in preparing for this deposition, which is the
14          procedure contemplated by the rule.
15                  MS. MCKINNEY:  Well, I will also --
16                  MR. LOUP:  You're saying that you're
17          designating him solely to testify about his
18          personal -- the searches he personally undertook,
19          I guess that's fair.  But --
20                  MS. MCKINNEY:  In addition to his
21          understanding of the practices of the NYPD for
22          records retention.  So, he can speak to more than
23          that.
24                  And just to also mark for the record,
25          my understanding for the procedures of a 30(B)(6)
```

```
 1                         S. WEISS
 2           is that, should a party oppose the scope of the
 3           notice, it should be done so prior to the
 4           deposition, which has now been done.
 5                     We notified you that we take issue
 6           with how expansive your notice was, in terms of
 7       what you would be asking Lieutenant Weiss to
 8           testify to today.
 9                     We formally objected in front of the
10           Court.
11                     And even Judge Gold stated today on
12           the record, that we may make any objections that
13           we would like regarding the scope and then
14           litigate the issue when the court has more time
15           to review it, which is what we are doing now.
16                     So, we notified you that we would be
17           taking issue with the scope of this deposition.
18           So, that shouldn't be coming as a surprise to
19           you.  And we do believe it's reasonable for
20           Lieutenant Weiss to testify to what his personal
21           understanding was, based on his 20-years of
22           experience at the NYPD, of what the retention
23           policies were in 2005.
24                     And to the extent that you need a
25       formal policy produced about what the actual
```

```
 1                          S. WEISS

 2        written policy was of the NYPD in 2005, that can

 3        easily be done through a documents production.

 4                  But he can testify here today about

 5        the practices of the NYPD, and his understanding

 6        of what that was during that time period, which

 7        again should fully cover the scope of this

 8        limited court ordered 30(B)(6) Deposition, after

 9        an appropriate declaration, as well as both

10        roll-calls were already produced.

11                  MR. LOUP:  So, I just want to be clear.

12                  So, defendant's position is that

13        Lieutenant Weiss is not being designated to

14        answer all the questions that we put in our Rule

15        30(B)(6) Deposition Notice?

16                  So for instance, when we say on page

17        three at the top, "provide the names and titles

18        of all persons who conducted a search for

19        responsive documents", he has not been designated

20        as a witness that's going to testify about that

21        matter?

22                  MS. MCKINNEY:  No, he shouldn't be

23        required to testify to that matter as that's far

24        too broad.

25                  MR. LOUP:  Well, he's not necessarily
```

S. WEISS

1

2      required to testify about that matter.

3                  But under Rule 30(B)(6) and our

4      understanding of the court's order, defendants

5      are required to produce witnesses, it can be a

6      single witness, it can be multiple witness, who

7      can answer the questions in this notice.  I mean,

8      including, for instance, "provide the names and

9      titles of all persons who conducted a search for

10     response of documents."

11                 I don't know if you would argue that

12     that inquiry is unreasonable.  But in any case,

13     I'm just trying to make sure I understand that

14     you have not designated Lieutenant Weiss to

15     testify to that question, for instance.

16           MS. MCKINNEY:  He testified to his

17     understanding previously, which is also currently

18     my understanding of the two individuals who

19     conducted the search, which was himself and

20     Louis Ledado.

21           MR. LOUP:  So, that's what I'm asking.

22                 So, from what I understand --

23           MS. MCKINNEY:  But to the extent you're

24     asking him -- and again, I don't want to get into

25     the semantics and I don't want this entire

```
 1                        S. WEISS
 2           deposition transcript to just be objections.
 3                        Would you like to go off the record
 4            for a moment?
 5                   MR. LOUP:  Sure.
 6                        Off the record.
 7                (Whereupon, an off-the-record discussion was
 8            held.)
 9                   MR. LOUP:  Back on the record.
10     CONTINUED EXAMINATION
11     BY MR. LOUP:
12           Q.    So, I want to just be clear, we covered
13     this ground a little bit before all the objections, but I
14     just want to make sure that we're clear.
15                        So Lieutenant, are you aware of any
16     policies, as of 2005 or 2006, that governed document
17     retention or destruction at the 104th Precinct?
18           A.    No.
19                   MS. MCKINNEY:  Objection.
20           Q.    Are you aware of any such policies in
21     effect before 2010?
22           A.    No.
23                   MS. MCKINNEY:  Objection.
24           Q.    Are you aware of any such policies in
25     effect since the present day?
```

```
 1                          S. WEISS

 2            A.    Yes.

 3            Q.    Well, as of the present day?

 4            A.    Yes.

 5            Q.    What are those policies?

 6            A.    So, in regards to record retention, there

 7       is an Operations Order that is published that gives

 8       direction to precinct commanders and other commanding

 9       officers, as to what document are permissible to be

10       destroyed and what documents have to be retained.  And a

11       date or year to which the document has to be retained is

12       published in that order.  And then there's some direction

13       as to like how to destroy it.

14            Q.    Is there a number associated with that

15       order?

16            A.    It's Operation Order 13 of 2017.

17            Q.    Are you aware of any similar orders in

18       effect, before 2017?

19                  MS. MCKINNEY:  Objection.

20            A.    I'm aware there were, I don't know

21       specifically what they were.

22            Q.    Are there any other policies you're aware

23       of in effect since 2010, that govern the document retention

24       and destruction policies at the 104th Precinct?

25                  MS. MCKINNEY:  Objection.
```

```
 1                        S. WEISS
 2              A.    Yes, there is a memo that was circulated
 3     by -- I'm going to take a look.
 4                   THE WITNESS:  Is that all right?
 5                   MS. MCKINNEY:  Yes.
 6              A.    Just to refer, it was published in
 7     July of 2017, and it came from the Records Management Unit.
 8                   And it was specifically directed to
 9     detective squads in precincts.  And it specified what
10     records needed to be retained and what records was
11     permissible to destroy.
12              Q.    It looks like you brought the records that
13     you're testifying about right now.
14              A.    Yes.
15              Q.    Copies of he policies that is.
16              A.    Yes.
17                   MR. LOUP:  Can we have copies of them?
18                   MS. MCKINNEY:  Sure.
19              Q.    Lieutenant, do you know whether these
20     policies are publically available?
21              A.    So the memo, probably not I would say.
22                   These are Administrative Guide Policies, I
23     know our Patrol Guide is published on the internet, I don't
24     know either way whether the Administrative Guide is
25     published or not.
```

```
1                        S. WEISS
2              Q.    When you say "the Administrative Guide", is
3      that something we discussed already or that's something
4      that we haven't discussed?
5              A.    The department has a couple of guides.
6      There's a Patrol Guide, there's an Administrative Guide.
7              Q.    We discussed the Operations Order?
8              A.    Correct.
9                    So, the other --
10                   MR. LOUP:  So, lets just mark the
11             Operations Order.  That will be Exhibit 2.
12                   (Whereupon, Plaintiff's Exhibit 2, a
13             six-page Operations Order dated March 13, 2017,
14             is marked for identification, as of this date.)
15                   MS. MCKINNEY:  Also, defendant's reserve
16             the right to mark any of these exhibits as
17             confidential, to the extent it's later learned
18             that this is not public information by the NYPD.
19                   MR. LOUP:  That's fine.
20                   I'd like to add that we have a
21             confidentiality stipulation governing the
22             procedure for marking documents confidential in
23             deposition testimony.
24             Q.    Lieutenant Weiss, I'm showing you what's
25      been marked as Exhibit 2.
```

```
1                          S. WEISS

2                  (Witness review Plaintiff's 2.)

3          Q.    Is that the Operations Order that you were

4    just discussing?

5                  A.    It is, yes.

6                  MR. LOUP:  Off the record.

7                  (Whereupon, an off-the-record discussion was

8          held.)

9                  MR. LOUP:  Back on the record.

10                  Can we mark these as Exhibits 3, 4, 5,

11          and 6, please.

12                  (Whereupon, Plaintiff's Exhibit 3, a

13          two-page NYPD memo dated July 27, 2017, were

14          marked for identification, as of this date.)

15                  (Whereupon, Plaintiff's Exhibit 4,

16          Administrative Guide, 2 pages, dated December.

17          8, 2017, were marked for identification.)

18                  (Whereupon, Plaintiff's Exhibit 5,

19          Administrative Guide, 4 pages, dated.

20          January 1, 2019, marked for identification.)

21                  (Whereupon, Plaintiff's Exhibit 6,

22          Administrative Guide, 1 page, dated January 4,.

23          2019, were marked for identification.)

24          Q.    Lieutenant, I'm showing you what's been

25    marked Plaintiff's Exhibit 3.
```

1        S. WEISS

2           **Q.**    Is that the memo circulated in July 2017,

3    that you referred to earlier in your testimony?

4           A.    Yes.

5           **Q.**    What other policies are you aware of in

6    place since 2010, governing the 104th Precinct's retention

7    or destruction of documents?

8                MS. MCKINNEY:  Objection.

9           A.    There were a few Administrative Guide

10   procedures that have -- that reference the destruction and

11   retention of documents.  They're not specifically about

12   that, but there's reference to it in the policy.

13          **Q.**    Corporation Counsel produced

14   three documents with the title "Administrative Guide", that

15   we've had marked as Exhibits 4, 5, and 6.  I'm showing you

16   those.

17               (Whereupon, the witness reviews Plaintiff's

18          Exhibits 4, 5, and 6.)

19          **Q.**    Are those the Administrative Guides you

20   were referring to?

21          A.    Yes.

22          **Q.**    Are you aware of any other policies in

23   effect since 2010, that govern the 104 Precinct's retention

24   or destruction of documents?

25               MS. MCKINNEY:  Objection.

```
 1                         S. WEISS
 2            A.    I am not.
 3            Q.    Are you aware whether in 2005 and 2006 the
 4      104th Precinct had a policy or practice of scanning any
 5      documents, to store them digitally?
 6                  MS. MCKINNEY:  Objection.
 7            A.    I am not.
 8            Q.    Are you aware of any such policy in effect,
 9      prior to 2010?
10                  MS. MCKINNEY:  Objection.
11            A.    No.
12            Q.    Are you aware of any such policy in effect,
13      after 2010?
14                  MS. MCKINNEY:  Objection.
15            A.    No -- yes.
16            Q.    What's that policy?
17            A.    So, our Evidence Case Management System,
18      which is how we maintain case files now, does have a
19      function in it where you can scan documents into the case
20      files and they save as PDF's.
21            Q.    Is there any policy or practice of
22      requiring that documents be scanned into that system?
23                  MS. MCKINNEY:  Objection.
24            A.    Yes.
25            Q.    Under what circumstances?
```

1          S. WEISS

2              MS. MCKINNEY:  Objection.

3      A.    So, any -- when a detective conducts an

4  investigation, they -- documents are sometimes produced

5  that are not computerized yet, whether it be written

6  documents or documents that were printed out for them or

7  documents that they print out from a computer system that

8  can't PDF the files, and those will get scanned into the --

9  what we call DD5, which is the detectives follow-up.

10              So, it will get attached and attachments,

11  and the detective may reference, for example, a written

12  statement from a defendant that he spoke to.  And that he

13  would scan that in, like a QR code, and it attaches it to

14  that particular DD5 as a PDF.

15      Q.    Were there any policies or practices of the

16  104th Precinct, in effect since 2010, regarding scanning

17  closed case files into digital storage?

18              MS. MCKINNEY:  I'm going to object and

19          instruct the witness not to answer.  Because

20          again, the scope of this is already outside of

21          what would be relevant to this case.

22              From 2010 to the present, in terms of

23          scanning documents, he's already testified that

24          he's not aware if they had an electronic scanning

25          policy back in 2005.  So, to be asking questions

```
1                         S. WEISS
2          now about policies from 2010 to the present,
3           regarding any digital or electronic information
4           would be irrelevant.
5                   MR. LOUP:  Your position is you're not
6           going to let him answer that question because
7           it's irrelevant?
8                   MS. MCKINNEY:  And it's outside of a
9           reasonable scope for this 30(B)(6) deposition.
10          Because what does a 2010 electronic policy have
11          to do -- storage have to do with documents
12          related to this case?
13                  MR. LOUP:  Well, I'll tell you.
14                  But first, the procedure for objecting
15          during a deposition, is to object and then let
16          the witness answer unless it's a privileged
17          objection.
18                  So if this isn't a privileged
19          objection, why can't he answer that question?
20                  MS. MCKINNEY:  I'm objecting because it's
21          outside of the scope -- of a reasonable scope of
22          a 30(B)(6) deposition.
23                  I'm instructing him not to answer for
24          that reason.
25                  MR. LOUP:  You think all this stuff that
```

```
 1                        S. WEISS
 2        I'm asking is outside the scope.  And you
 3      reserved the right to make a position to the
 4        court on that basis.
 5              MS. MCKINNEY:  I'm not saying
 6        "Everything."
 7                    I'm saying you're permitted to ask him
 8        about policies and practices of the NYPD, from
 9        2005 and maybe at most to 2006, which would be
10        the date of Mr. Negron's trial, criminal trial,
11        as to the retention policies of the NYPD.
12                    Anything beyond those dates, should be
13        outside the scope of this 30(B)(6) deposition and
14        I'm going to instruct him not to answer.
15              MR. LOUP:  Okay.
16                    The question I just asked him was,
17        whether since 2010 there's a policy under which
18        the 104th Precinct scans closed detective
19        files -- documents from closed cases.
20                    That's obviously relevant here, right?
21              MS. MCKINNEY:  Sure, yes.
22                    You know what, I can agree to that.
23        That's fine.
24                    To the extent you ask questions about
25        if it would be related to closed case files, I
```

S. WEISS

1

2      wouldn't have a means to object.  But anything

3      just related to any policy that would be not

4      within February 6th, 2005 and March of 2006,

5      would be outside the scope.

6                MR. LOUP:  You also told me he doesn't

7      know about those policies, but that the policies

8      he's describing, you believe they wouldn't be

9      significantly different back then.  He knows

10     about current policies.  I mean, he doesn't know

11     about old policies.

12                So, I'm asking him about what he knows

13     about.  He brought these documents with him for a

14     reason.

15                MS. MCKINNEY:  I understand, let's

16     continue.

17                Can you just read back the last

18     question?

19         (Whereupon, the referred-to question was

20     read back by the reporter.)

21     Q.    Can you answer that question?

22     A.    Not that I'm aware of.

23     Q.    Lieutenant, you agree that many documents

24  are produced during a police investigation of a shooting?

25                MS. MCKINNEY:  Objection.

```
 1                          S. WEISS

 2          A.    Yes.

 3          Q.    Can you please list all the locations in

 4   the NYPD that you're aware of, where documents related to

 5   such an investigation might possibly have been stored in

 6   2005 and 2006?

 7                MS. MCKINNEY:  Objection.

 8          A.    So, in the detective squad, in a case file,

 9   after the case is closed in storage, whether it be in the

10   precinct storage area or eventually documents were stored

11   in a storage facility in New Jersey, the district

12   attorney's office potential could have files.

13                So, some other files of like the -- so some

14   of our documents back then were snap out forms, you know,

15   the whole carbon copy and everything.  So, a lot of those

16   documents had multiple copies.  So, the original would stay

17   with the detective file and a copy would go somewhere else,

18   and it was on the bottom of the file of where it would go.

19   But they were all the same document, it was just

20   different -- pink copy with this one, there's a green copy

21   with another one.

22                So, I think a property clerk's invoice or

23   copy could go to the property clerk's office, a copy would

24   stay in the precinct, a copy would then go to the district

25   attorney's office.  If it's personal property that was
```

```
 1                          S. WEISS

 2       invoiced, a copy would go to the person it was removed

 3       from.

 4                   So, there's different places that parts of

 5       it would go, but everything -- all of those parts would

 6       come together in that file, that detective squad file.

 7       Everything would be in there.

 8             Q.    What do you mean when you say "detective's

 9       file?"

10                   MS. MCKINNEY:  Objection.

11             A.    So, generally for cases, and every

12       detective is little bit different how they keep their

13       files, but in a case that was going to have a lot of

14       documents in it, such as a shooting, they would have like

15       an accordion type file and they would put the documents in

16       it.  Some of the detectives are more detailed oriented

17       would section them off, some of them wouldn't.  And

18       everything would go in there.

19             Q.    You just testified that duplicate or maybe

20       triplicate forms from carbon copies in certain cases would

21       go to different areas of the NYPD bureaucracy.

22                   Did I understand that correctly?

23             A.    Yes.

24                   MS. MCKINNEY:  Objection.

25             Q.    Did you inquire in this case as to the
```

```
 1                          S. WEISS

 2    existence of any such duplicate or triplicate forms that

 3    were produced and stored in different areas of the NYPD?

 4                    MS. MCKINNEY:  Objection.

 5            A.    Yes.

 6            Q.    Which inquiries did you make?

 7            A.    I made a request of the criminal records

 8    section, to see if they had any DD5's that were related

 9    documents for the complaint report numbers that were

10    provided to me.  And I checked those electronically also.

11            Q.    Before we proceed with that, I just want to

12    make sure that I know what cases we're talking about.

13                    You said "complaint numbers", is that what

14    you said?

15            A.    Yes.

16            Q.    Do you understand that our request was for

17    documents relating to two separate investigations?

18                    MS. MCKINNEY:  Objection.

19            A.    So, there was an original request I

20    received for the Negron file.  And then there was

21    subsequent requests for any documents related to

22    Monica Guartan and --

23            Q.    Fernando Caban?

24            A.    -- Fernando Caban, yes.

25            Q.    So, when you're discussing the searches
```

```
 1                          S. WEISS

 2     that you personally undertook today, your answers cover

 3     both the Negron file and the Caban, Guartan file, or did

 4     you do different things for those -- in searching for those

 5     two --

 6                   MS. MCKINNEY:  Objection.

 7            Q.     -- documents related to those two cases?

 8            A.     They were done separately, but eventually

 9     the same steps were taken for both.

10            Q.     When you say "the same steps were taken for

11     both", do you mean you in particular took the same steps

12     for both?

13                   MS. MCKINNEY:  Objection.

14            A.     Correct.

15            Q.     So, when you made a request to the criminal

16     records section, did you do so for both the Negron

17     investigation and the Caban, Guartan investigation?

18            A.     Yes.

19            Q.     What is the criminal records section?

20                   MS. MCKINNEY:  Objection.

21            A.     The criminal records section is -- so my

22     understanding of exactly what they do is somewhat limited.

23     However, if there's old documents related to 61's, which

24     would eventually produce DD5's, those detective follow-ups.

25                   At some point they were getting one of
```

S. WEISS

1

2      those carbon copies I had mentioned earlier, and they were

3      keeping them on file, my understanding is on microfilm.

4      And so if you needed those documents, you could request

5      them through there and that's what I did.

6           Q.    I believe you wrote in your Declaration

7      that they did not have any responsive documents?

8                 MS. MCKINNEY:  Objection.

9           A.    Other than the complaint report, the

10     original complaint report, they did not, no.

11          Q.    I may not have fully understood.

12                You said when 61's are produced, those go

13     to the criminal records section?  A copy of that goes to

14     the criminal records section?

15                MS. MCKINNEY:  Objection.

16          A.    So, my understanding of the process is

17     somewhat limited.  But my understanding of the process is

18     this, and so it's different -- it's somewhat different now

19     because everything's electronic right now.

20                So, the complaint reports were generated

21     electronically through the complaint system.  If a

22     detective squad case was generated for a complaint, because

23     they're not on all of them, when the detective squad

24     complaint investigation was complete -- and this was when

25     we were using the typed DD5's, not the computerized ones --

                          S. WEISS

1

2      that a copy of that DD5 was a snap out of three or four,

3      would be forwarded to that criminal records section.  And

4      they would file it however their policies and procedures

5      are.

6              Q.    So, your understanding is that as of 2005

7      and 2006, a copy of both the UF61 and any follow-up DD5's

8      from a detective squad investigation, would be sent to the

9      criminal records section and stored by them, possibly on

10     microfilm?

11             MS. MCKINNEY:  Objection.

12             A.    Yes.

13             Q.    Do you know who at the criminal records

14     section conducted the search that you requested in this

15     case?

16             MS. MCKINNEY:  Objection.

17             A.    So I know, yes, I don't remember the names.

18             Q.    Do you know what steps they took to find

19     the records you requested?

20             MS. MCKINNEY:  Objection.

21             A.    I don't know what their practices are, as

22     far as retrieving records.

23             Q.    Do you know what steps they actually did

24     take or did not take in this case --

25             MS. MCKINNEY:  Objection.

```
 1                         S. WEISS

 2        Q.      -- regarding the records you requested?

 3                MS. MCKINNEY:  Objection.

 4        A.      I do not know.

 5        Q.      When did you make that request?

 6                MS. MCKINNEY:  Objection.

 7        A.      So, I made two separate requests.

 8                First was for the Caban file -- excuse me.

 9   The first was for the Negron file.  I don't know the date

10   of that.  And I received a response from them that they

11   didn't have anything.

12                And then subsequent I was asked to search

13   for these additional files, Caban and Guartan.  I made a

14   request of those recently, and also received a negative

15   response.

16        Q.      Do you remember the date you made the

17   request?

18        A.      I don't know.

19        Q.      Do you remember the month?

20        A.      It was November or December.

21        Q.      Did you make requests of any other areas in

22   the NYPD, for records relating to the Negron or Caban,

23   Guartan investigations?

24                MS. MCKINNEY:  Objection.

25        A.      So, I queried our Evidence Case Management
```

```
 1                              S. WEISS
 2     System, ECMS, and discovered that there was no case in
 3     there.  So, the case was -- the investigation was conducted
 4     prior to that system coming online.
 5                      I checked just to make sure.  And so --
 6     repeat the question again.
 7                      MR. LOUP:  Can you read back the
 8           question?
 9                      (Whereupon, the referred-to question was
10           read back by the reporter.)
11           A.    Requests, no.
12           Q.    Did you inquire as to the existence of any
13     documents relating to those two investigations, in the
14     possession of the property clerk?
15                      MS. MCKINNEY:  Objection.
16           A.    The property clerk, no.
17           Q.    Did you make any requests for such
18     documents of the Borough Robbery Squad?
19                      MS. MCKINNEY:  Objection.
20           A.    No.
21           Q.    As of 2005 and 2006, was it the policy or
22     practice of the NYPD that documents sent outside of a
23     precinct, that a record of that transference of documents
24     would be made in any way?
25                      MS. MCKINNEY:  Objection.
```

```
 1                          S. WEISS

 2              A.     Sent outside the precinct documents, so

 3       what -- you're going to have to kind of clarify.

 4                     So, what documents are you referring to,

 5       because there's a lot of documents that are sent outside

 6       the PD, for everything from letters, to complaints, to case

 7       files.

 8                     So, which -- ask me a specific and I'll

 9       tell you what I know.

10              Q.     As of 2005 and 2006, was there a policy or

11       practice of making a record if a detective's file was

12       delivered to some person or agency outside of the precinct

13       where the file was generated?

14                     MS. MCKINNEY:   Objection.

15              A.     So, I would say that the detective files

16       were filed in boxes and put in storage through a private

17       company that was contracted by the NYPD.  And that's where

18       they remained.  And that is cataloged as to what's in the

19       boxes with box numbers.

20                     If you're referring to sending it out to

21       some other agency, there really is not a policy or practice

22       that I'm aware of where you document like an entire file

23       was handed over to like the DA's office or the FBI or

24       whoever else might want our files.

25              Q.     So, as of 2005 or 2006, as far as you're
```

```
 1                        S. WEISS

 2    aware, there was no policy or practice of documenting when

 3    a detective's file was delivered to a prosecutor's office?

 4                   MS. MCKINNEY:  Objection.

 5         A.    Correct.

 6         Q.    During that same period, was there any

 7    policy or practice of making a record if the detective's

 8    file was returned to the precinct from the prosecutor's

 9    office?

10                   MS. MCKINNEY:  Objection.

11         A.    No.

12                   But I will backtrack a little bit and say,

13    so from time to time other units will take records.  There

14    is a form.

15                   So, sometimes like a unit will take like

16    a -- mostly it's cold case files, homicides from 20 to

17    30 years ago.  And they do fill out a form and it doesn't

18    get recorded when it comes back.

19                   I can't answer as to whether -- like in my

20    experience, there's never been anything that documents that

21    like leaving of a file at the district attorney's office.

22    But there is a form, I don't know if it -- I don't want to

23    say there isn't, because it may cover that.  I just don't

24    know the answer.

25         Q.    What is the record that is made that you
```

```
 1                          S. WEISS
 2      just described of when a file is delivered to the
 3      outside storage company?
 4                      MS. MCKINNEY:  Objection.
 5              A.      It's an electronic database.
 6                      So, the company is called GRM or GMR, one
 7      of those two.  And so the files are boxed, a sticker is
 8      generated with a unique serial number on it, and then in
 9      the computer application, web-based computer application,
10      we enter the number, the unit, and then a brief description
11      of what's in the box.
12                      So, it might say "2005 roll call."
13              Q.      I didn't hear that.
14              A.      It might say "2005 roll calls", or it might
15      say "2006 payroll records", whatever is in the box.  A
16      general description, it doesn't account for every single
17      thing that's in the box.
18                      So, that record is kept electronically now,
19      online to access.
20              Q.      You said it's a "general description"?
21              A.      Correct.
22              Q.      So, is it true that if a particular case
23      file or detective's file is transferred to storage in
24      New Jersey, there's no written record of that?
25                      MS. MCKINNEY:  Objection.
```

```
 1                        S. WEISS

 2         A.    My experience is that the written record is

 3   done electronic, electronic record in the computer.

 4         Q.    So, based on your knowledge of this

 5   process, if a detective's file in a case closed in 2005 or

 6   2006 were sent to this New Jersey company, there would not

 7   be a written record of that particular case file being in

 8   storage in New Jersey?

 9              MS. MCKINNEY:  Objection.

10         A.    So, the boxes are generally labeled like

11   case number one through 50, case number 51 through whatever

12   fits in the box.  The numbers are all over the place,

13   depending on the size of the files.  And that would be how

14   you would -- could locate which box or particular file it

15   was, the beginning number and end number.

16         Q.    Let me ask you about the particular search

17   for the detective's file that you undertook in this case.

18              I may refer to Exhibit 1, which is your

19   Declaration.

20              So, according to your Declaration, you

21   searched first in the precinct house for the --

22         A.    Yeah.

23         Q.    -- Negron detective's file?

24         A.    Yes.

25         Q.    And you also at some point searched in that
```

```
 1                           S. WEISS
 2      same location for the Caban and Guartan detective's file?
 3              A.    Yes.
 4              Q.    And you didn't find either of those files
 5      in the 104th Precinct?
 6              A.    I did not.
 7              Q.    You then learned that paper records from
 8      the 104th Detective Squad were delivered to a storage
 9      facility in New Jersey sometime in 2015?
10              A.    Correct.
11              Q.    How did you learn that?
12              A.    So, I had knowledge that a lot of stuff had
13      been moved there, it just kind of slipped my mind.  So,
14      when I received a call asking for an additional search, it
15      just kind of like -- mid-conversation, I was like "oh,
16      yeah, you know what, they could be over in Jersey."
17                    So, I was able to gain access to that
18      system and search the list of all the boxes, which was a
19      lot, and find some boxes that were labeled 2005 detective
20      squad cases or words to that effect, that indicated to me
21      that they were the files from the squad.
22              Q.    Did the label indicate to you that it
23      contained cases that were closed in 2005?
24                    MS. MCKINNEY:   Objection.
25              A.    So, I made the assumption that they were
```

```
 1                        S. WEISS

 2     closed, because it was 2005.  But it didn't -- I don't

 3     believe it said either way.

 4           Q.   Well, did you form a belief that those

 5     particular boxes might contain the case files for the

 6     Negron and Caban, Guartan investigations?

 7                MS. MCKINNEY:  Objection.

 8           A.   Yes.

 9           Q.   Why did you believe that, based on that

10     label?

11                MS. MCKINNEY:  Objection.

12           A.   Based on the -- I believed it because it

13     listed the detective squad case numbers and that they were

14     from 2005.  So, I believed that they were -- you know,

15     there was a good chance that they were in there.

16           Q.   So, the "2005", to your understanding,

17     refer to cases that were open in 2005?

18           A.   Yes.

19           Q.   And you write in paragraph eight of your

20     Declaration, that you "determined that 19 boxes delivered

21     to the New Jersey storage might contain the case files in

22     question."

23           A.   Yes.

24           Q.   How did you come to that determination?

25           A.   So, there was -- I searched the spreadsheet
```

S. WEISS

1

2     of boxes.  And I looked for several keywords, 2005,

3     detective, squad.  And I -- based on that search of that

4     spreadsheet, I made the determination that these specific

5     19 boxes were the ones that contained detective squad files

6     for that time period.

7          Q.     And you reviewed the contents of all

8     19 boxes?

9          A.     Well, so I didn't read every page because

10    it's 19 boxes.  But I reviewed the contents of each box

11    individually, and looked for what I believed would be

12    corresponding case numbers to the 61's or 61's numbers

13    labeled on the individual folders that were in the box.

14               And from that search I located -- it's the

15    attachment to this, which was the last page of the

16    attachment.  So, this was the only file that I located.  It

17    was in relation to a found deadly weapon, and this is a DD5

18    or complaint follow-up, that basically closes this case

19    into another case.  And this was one of the 61 numbers that

20    I was asked to search for.

21         Q.     And you're referring to the last page of

22    Exhibit 1, which is Bates stamped DDF3060?

23         A.     Yes.

24         Q.     How about the previous three pages, which

25    are Bates stamped DDF3057 to 3059, where did you get those?

S. WEISS

1

2          A.    So, those were also in there.

3                So, the way this was in there, it was a

4    printed copy of this complaint report.  And stapled to it

5    was this one copy.  It was in there alone, not in a file or

6    anything.  It was just those four pieces of paper total.

7          Q.    They were floating freely in the box, they

8    weren't in any particular case file?

9          A.    Right, just to give some context to it.

10   So, there was files and then there was some 61's like this,

11   where -- because what happens is sometimes a case gets

12   opened and it gets closed into another case.  Or it might

13   have been opened, it shouldn't have been, it was left open

14   by patrol.  In which case, it might just require one DD5.

15               Those were kind of all put together in --

16   kind of like -- I don't want to say in the back of the box,

17   but behind the files.  Because there was no individual case

18   files, no other documents to it.

19         Q.    Again, I just didn't fully understand how

20   it was that you determined that these documents, DDF3057 to

21   DDF3060, were responsive to the request that you received?

22               MS. MCKINNEY:  Objection.

23         A.    So, at some point it was communicated to me

24   that this complaint number "983", was part of this search.

25   So, when I located that, I determined that it was related

```
 1                        S. WEISS

 2    to this case.

 3          Q.    I want to go back for a minute to ask you a

 4    specific question about a topic we previously discussed.

 5                Did you inquire as to whether any record

 6    was made of either the Negron case file or the Caban,

 7    Guartan case file, being delivered to some location outside

 8    of the 104th Precinct?

 9                MS. MCKINNEY:  Objection.

10          A.    Well, the inquiry would have been checking

11    that GRM.

12                Just like, who would I ask?

13                I don't know who you're implying I would

14    ask.

15          Q.    Are you aware of any specific record being

16    made, that those two case files in particular were

17    delivered to a location outside the precinct?

18                MS. MCKINNEY:  Objection.

19          Q.    Any record identifying those case files?

20          A.    The only record was -- what I searched was

21    the GRM database, because that -- those boxes contain what

22    I -- or where I believe that the file would have gone after

23    the case was closed.

24                So, that was the inquiry I made.

25          Q.    In your review of those 19 boxes, did they
```

```
 1                        S. WEISS
 2      contain detective's files for other investigations that
 3      began in 2005?
 4                  MS. MCKINNEY:  Objection.
 5             A.    Yes.
 6             Q.    Can you think of any explanation for why
 7      those boxes contained other investigations from 2005, but
 8      not the Negron or Caban, Guartan files?
 9                  MS. MCKINNEY:  Objection.
10             A.    What, are you asking me to speculate as to
11      where the file is?
12             Q.    I'm just asking if you can think of any
13      conceivable explanation --
14                  MS. MCKINNEY:  Objection.
15             Q.    -- in your experience --
16             A.    In my experience?
17             Q.    -- or based on your knowledge?
18             A.    In my experience and knowledge, if the file
19      isn't in that box, either the district attorney has it, the
20      detective that investigated the case has it.  That's really
21      it.  I mean, you know, or it was inadvertently disposed of.
22      Those would be like the only three reasonable things I
23      could think of.
24             Q.    Did you inquire as to the district
25      attorney's office, about whether they had the file?
```

```
 1                        S. WEISS

 2                MS. MCKINNEY:  Objection.

 3          A.    I didn't.

 4                MR. LOUP:  Withdrawn.

 5          Q.    Did you inquire as to the district

 6    attorney's office, whether they had either the Negron or

 7    Caban, Guartan files?

 8                MS. MCKINNEY:  Objection.

 9          A.    No.

10          Q.    Did you inquire of the case detective or

11    case detectives, as to whether they had either of the

12    Negron or Caban, Guartan detective's files?

13                MS. MCKINNEY:  Objection.

14          A.    No.

15          Q.    In paragraph ten of your Declaration, you

16    write that you "believe" you "conducted a complete and

17    exhaustive search for the Negron case file."

18          A.    Yes.

19          Q.    Do you also believe you conducted a

20    complete and exhaustive search for the Caban, Guartan case

21    file?

22                MS. MCKINNEY:  Objection.

23          A.    Yes.

24          Q.    And you haven't located either of those

25    files?
```

```
 1                        S. WEISS
 2           A.    No -- well, I mean, aside from this, which
 3      is related, no.
 4           Q.    Aside from the documents we discussed
 5      attached to Exhibit 1?
 6           A.    Correct.
 7           Q.    Based on your testimony today, you believe
 8      that the files must either be in the possession of the DA's
 9      office, in the possession of the detective, or else they
10      were inadvertently destroyed?
11                 MS. MCKINNEY:  Objection.
12           Q.    You can answer.
13           A.    Yes, that would be my belief as to where
14      they would be.
15           Q.    After reviewing the boxes from New Jersey,
16      did you make any efforts beyond that to find out what
17      happened to the Negron, Caban, or Guartan detective's file?
18                 MS. MCKINNEY:  Objection.
19           A.    Yes.
20           Q.    What efforts?
21           A.    That was the criminal records search
22      request.
23           Q.    Did you make any other efforts?
24                 MS. MCKINNEY:  Objection.
25           A.    No -- well, I take that back.
```

```
 1                         S. WEISS

 2                  I searched that records room again, just to

 3      make sure there was no -- I searched the records room in

 4      the precinct a second time, just to make sure I didn't miss

 5      anything down there.

 6                       MR. LOUP:  Off the record.

 7                  (Whereupon, a short recess was taken.)

 8                       MR. LOUP:  Back on the record.

 9             Q.    First, I want to refer you, Lieutenant, to

10      Exhibit 1, in that final page.  It's Bates stamped DDF3060.

11             A.    Yes.

12             Q.    Do you see at the bottom, the very bottom,

13      it says "first copy criminal records section, second copy

14      unit referred to, third copy Borough Robbery Squad"?

15             A.    Yes.

16             Q.    You mentioned earlier that these DD5's in

17      2005 and 2006, had carbon copies on the back?

18                       MS. MCKINNEY:  Objection.

19             A.    Yes.

20             Q.    Is that what those are referring to, in

21      your understanding?

22                       MS. MCKINNEY:  Objection.

23             A.    Yes.

24             Q.    Where it says "second copy unit referred

25      to", what is your understanding of what that means?
```

```
1                          S. WEISS
2               A.    So, that would be if the case was referred
3     to another unit.  So, if -- say a squad started an
4     investigation into a crime and determined it was part of a
5     pattern that was being investigated by another unit, then
6     all of these reports would be forwarded to that other unit.
7               Q.    But that would only be if the case in fact
8     was --
9               A.    Was -- yeah, that was -- right.
10                    Correct, only if it was forwarded.
11              Q.    And it says "third copy Borough Robbery
12    Squad", right?
13              A.    Yes.
14              Q.    What is your understanding of why that's
15    there?
16              A.    I have no idea.
17              Q.    Well, do you agree that it appears to
18    indicate that a third copy of the DD5 would be forwarded to
19    the Borough Robbery Squad?
20                    MS. MCKINNEY:  Objection.
21              A.    Yes.
22              Q.    You don't know if that was done routinely?
23                    MS. MCKINNEY:  Objection.
24              A.    I don't know.
25              Q.    In searching for the Negron and Caban,
```

```
 1                        S. WEISS

 2    Guartan detective's files, did you check with the Borough

 3    Robbery Squad --

 4                   MS. MCKINNEY:  Objection.

 5             Q.    -- to see if they had the files?

 6             A.    I didn't.

 7             Q.    Did you try to find out whether either case

 8    had been referred to another unit?

 9                   MS. MCKINNEY:  Objection.

10             A.    Well, I know it hadn't been.

11             Q.    You knew neither case had been referred to

12    another unit?

13             A.    Right.

14             Q.    How did you know that?

15             A.    Just in my conversations leading up to the

16    search of this file.  It was a case that was investigated

17    by the 104th Detective Squad, an arrest was made by 104th

18    Detective Squad.  So, that's where the case remained.

19             Q.    Okay.

20                   We spoke earlier about the criminal records

21    section.

22             A.    Yes.

23             Q.    I believe you testified that you spoke to

24    somebody there when you made your request, but you didn't

25    remember the name of the person you spoke to?
```

```
                          S. WEISS
 1
 2         A.    Correct.
 3         Q.    I don't believe I asked you, but did you
 4    make two separate requests to the criminal records section;
 5    that is one for the Negron documents and one for documents
 6    related to the Caban, Guartan investigation?
 7                MS. MCKINNEY:  Objection.
 8         A.    Yes.
 9         Q.    Did you speak to the same person when you
10    made both requests?
11         A.    The second time I -- the second request, I
12    didn't speak to anybody, I just sent the request via email.
13    The first time was because I wasn't exactly sure how to
14    request, and that's the only reason I spoke to somebody.
15         Q.    Did you receive a response to your email?
16         A.    I did.
17         Q.    Do you remember who the response was from?
18         A.    No.
19         Q.    You also testified about your understanding
20    of criminal record section, that the criminal record
21    section had a procedure of retaining records via
22    microfilm -- using microfilm.
23                Is that correct?
24                MS. MCKINNEY:  Objection.
25         A.    Yes.
```

```
 1                         S. WEISS
 2         Q.    To your understanding, were the records
 3   transferred to microfilm contemporaneously with the receipt
 4   of those records or at a later date?
 5              MS. MCKINNEY:  Objection.
 6         A.    I don't know.
 7         Q.    What is the basis of your understanding of
 8   what the criminal record section does?
 9              MS. MCKINNEY:  Objection.
10         A.    Past experience with them.
11         Q.    Any particular past experience?
12              MS. MCKINNEY:  Objection.
13         A.    Yes.
14              I mean, we're going to be discussing
15   another criminal case here, so I don't know.
16         Q.    That's okay, I won't ask you any details
17   about the criminal case.
18         A.    So, I needed to request records for a case
19   that pre-dated ECMS.  And I made a request through them
20   several years ago now.  But that's how I became aware that
21   they did keep some files on microfilm related to cases.
22         Q.    And you received the records you were
23   searching for in that case?
24         A.    Some of them.
25         Q.    Do you know what policies or routine
```

1                           S. WEISS

2     practices the 104th Precinct followed, regarding document

3     retention and destruction, before you became the commanding

4     officer there in 2019?

5                 MS. MCKINNEY:  Objection.

6           A.    I mean, I can draw a reasonable conclusion

7     from what I found, which is that they seemingly kept

8     detective case files in the records room and eventually

9     they were sent to storage in New Jersey once that policy

10    was put in effect.

11                There's a lot of boxes in storage.  So, it

12    seems like they kept a great deal of records.

13          Q.    Well, other than your observations of the

14    storage of records in the basement of the 104th Precinct,

15    have you obtained any knowledge of what the 104th

16    Precinct's policies and practices were for storing records

17    before you arrived?

18                MS. MCKINNEY:  Objection.

19          A.    They would be in accordance with the

20    Administrative Guide Procedure 32205, which kind of

21    dictates how records should be stored in a precinct.  So,

22    that would apply to every precinct in every borough.

23                So that would be Exhibit 4.

24          Q.    And the copy of that Administrative Guide

25    that you produced here today, went into effect when?

```
 1                          S. WEISS
 2             A.    It went into effect in December 8th, 2018.
 3      That was the date that this was issued.
 4             Q.    Are you aware of any predecessor versions
 5      of that same Administrative Guide, that were in effect
 6      before that date?
 7                   MS. MCKINNEY:  Objection.
 8             A.    I'm not specifically aware of a prior
 9      procedure for...
10             Q.    Are you aware of whether a prior procedure
11      was or was not in effect?
12                   MS. MCKINNEY:  Objection.
13             A.    Again, I can only speak on my experience.
14      My belief, and this is just based on my experience, is that
15      there was procedures in effect and this was just some type
16      of update to a procedure that was likely already in effect.
17                   But again, that I can't say 100 percent.
18      That's my belief.
19             Q.    What's the basis of that belief?
20                   MS. MCKINNEY:  Objection.
21             A.    Our policies and procedures are regularly
22      updated.  Some are wholesale changes, some are just to
23      remove, say the distribution.  Because now everything is
24      electronic, so they kind of like -- they updated
25      everything, and they added the computer component to it.
```

```
1                          S. WEISS

2              So, some of them are like I said, full

3    changes, complete policy changes.  But they're routinely

4    changed.  So, if you look through the guide, these issue

5    dates are all different through the procedures, because

6    there's interims orders issued that amend these policies

7    pretty regularly.

8              Q.    But you don't have knowledge of whether a

9    printed policy existed, before the dates on Exhibits 2

10   through 6, that govern the retention or destruction of

11   documents --

12              MS. MCKINNEY:  Objection.

13         Q.    -- in the NYPD?

14         A.    I don't have specific knowledge, no.

15              MR. LOUP:  Off the record.

16          (Whereupon, a short recess was taken.)

17              MR. LOUP:  Back on the record.

18         Q.    Lieutenant, first I want to direct your

19   attention to Plaintiff's Exhibit 3.

20         A.    Okay.

21         Q.    That's a memorandum you referred to

22   earlier, dated July 27th, 2017?

23         A.    Yes.

24         Q.    It concerns the destruction of detective

25   case files in particular, right?
```

```
 1                         S. WEISS

 2             A.    Yes.

 3             Q.    Can we just review at the bottom, where it

 4      says "felonies other than special", those four lines, just

 5      read them to yourself.

 6                   (The witness complies.)

 7             A.    Okay.

 8             Q.    It's your understanding, based on this

 9      memorandum that the NYPD policy is, a detective case files

10      for all felonies should not be destroyed at all?

11                   MS. MCKINNEY:   Objection.

12             A.    It's my understanding that as of

13      July 27th, 2017, that was the policy.

14             Q.    Thank you for clarifying that for me.

15                   Do you know whether this was the policy,

16      before July 27th, 2017?

17                   MS. MCKINNEY:   Objection.

18             A.    I don't know.

19             Q.    So, you don't know, as of 2005 or 2006,

20      whether the NYPD policy was that detective's case files or

21      felonies should not be destroyed at all?

22                   MS. MCKINNEY:   Objection.

23             A.    Correct.

24             Q.    Do you know whether there was any other

25      policy, as to whether detective's files for a felony could
```

```
 1                          S. WEISS

 2    ever be destroyed?

 3                   MS. MCKINNEY:  Objection.

 4         A.    I don't know.

 5         Q.    Do you know what policy the 104th Precinct

 6    has followed, at any time since 2005, regarding the

 7    destruction of detective's case files in felonies?

 8                   MS. MCKINNEY:  Objection.

 9         A.    I know from my experience of going through

10    those 2005 boxes, that there's a good number of files in

11    there.  That there was a mix of misdemeanors and felony

12    files.

13                   So, I don't know if there was a policy or

14    if it was just common practice.  But they did retain a

15    great deal of files.

16         Q.    But you don't know what their policy was

17    regarding --

18         A.    No, that I don't.

19         Q.    Sorry, I just want to make sure I get that

20    question fully on the record.

21                   But you don't know what the 104th

22    Precinct's policy was before 2019, with respect to the

23    destruction of detective's file and felonies?

24                   MS. MCKINNEY:  Objection.

25         A.    Before 2017.
```

```
 1                          S. WEISS

 2          Q.    Before 2017?

 3          A.    Correct.

 4          Q.    Do you know whether the 104th Precinct

 5   intentionally destroyed any detective's files, before 2017?

 6                MS. MCKINNEY:  Objection.

 7          A.    I don't know.

 8          Q.    Are you aware of whether there are any

 9   records of detective case files being destroyed in the

10   104th Precinct, since 2005?

11                MS. MCKINNEY:  Objection.

12          A.    I'm not aware of any records, no.

13          Q.    I don't have any more questions.

14                (Whereupon, at 12:26 P.M. the Examination of

15           this witness was concluded.)

16

17           _____

18                LIEUTENANT STEVEN WEISS

19   Signed and sworn to

20   before me, this_____day

21   of_____2019.

22
     _____
23   Notary Public

24

25
```

1

2                        E X H I B I T S

3    PLAINTIFF'S EXHIBITS
     NUMBERS              DESCRIPTION                PAGE

4

5    1                   7-page Declaration          16
                         of Lt. Steven Weiss
6                        dated 11/27/2019

7     2                  6-page Operation            29
                         Order dated 3/13/2017
8
     3                   2-page NYPD memo            30
9                        dated 7/27/2017

10   4                   2-page                      30
                         Administrative
11                       Guide, dated 12/8/2017

12   5                   4-page                      30
                         Administrative
13                       Guide, dated 1/4/2019

14   6                   1 page                      30
                         Administrative
15                       Guide, dated 1/4/2019

16

17

18

19

20

21

22

23

24

25

```
 1

 2                      I N D E X

 3
       EXAMINATION BY                          PAGE
 4

 5     MR. LOUP                                 9

 6

 7

 8             I N D E X   O F   R E Q U E S T S

 9     DESCRIPTION                              PAGE

10     Defendant's reservation of rights to          29
       mark any exhibits marked as of today's
11     date confidential, to the extent it is
       later learned that they are not public
12     information by the NYPD

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                    C E R T I F I C A T E

3    STATE OF NEW YORK     )
                           :
4    COUNTY OF NEW YORK

5

6        I, BONITA RICHARDS, a Notary Public for and

7    within the State of New York, do hereby certify:

8        That the witness whose examination is

9    hereinbefore set forth was duly sworn and that such

10   examination is a true record of the testimony given

11   by that witness.

12       I further certify that I am not related to any

13   of the parties to this action by blood or by

14   marriage and that I am in no way interested in the

15   outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set my

17   hand this 17th of December 2019.

18

19

20   _____
                  BONITA RICHARDS

21

22

23

24

25

**&** 3:16

**'06** 19:14

**104th** 6:16 13:13 15:15,17 16:8 19:23 20:6 26:17 27:24 31:6 32:4 33:16 35:18 49:5,8 53:8 59:17,17 62:2,14,15 66:5,21 67:4,10 (25)

**111th** 15:10

**115th** 14:21

**12th** 8:10 10:14

**16th** 8:13

**17th** 70:17

**20years** 23:21

**24hours** 8:21,21

**27th** 16:8,17 17:5 64:22 65:13,16 (6)

**2page** 68:3,10

**30b6** 4:22 10:3,24 20:14 21:21 22:25 24:8,15 25:3 34:9,22 35:13 (12)

**4page** 68:12

**57th** 1:22 2:6

**61's** 40:23 41:12 51:12,12 52:10 (5)

**67th** 13:21

**6page** 68:7

**6th** 6:25 7:21,24,25 11:7 36:4 (6)

**71st** 14:11

**7page** 68:5

**81st** 14:5

**8th** 1:23 63:2

**9th** 8:5,7

**able** 6:15 7:15 11:9 21:6 49:17 (5)

**about** 11:9,11 15:7 17:24 18:19 20:19 22:3,6,9,17 23:25 24:4,20 25:2 28:13 31:11 34:2 35:8,24 36:7,10,11,12,13 39:12 48:16 51:24 53:4 54:25 59:20 60:19 61:17 (32)

**academy** 13:20

**access** 47:19 49:17

**accordance** 62:19

**according** 17:10 48:20

**accordion** 38:15

**account** 47:16

**action** 70:13

**actual** 21:6 23:25

**actually** 16:10 42:23

**add** 29:20

**added** 63:25

**addition** 22:20

**additional** 21:5 43:13 49:14

**address** 8:2 9:17

**administer** 3:11

**administrative** 12:23 28:22,24 29:2,6 30:16,19,22 31:9,14,19 62:20,24 63:5 68:10,12,14 (17)

**after** 3:15 5:14 6:10 13:6,20 14:4,9,14,15,19,25 15:2,8,9,14 24:8 32:13 37:9 53:22 56:15 (20)

**afternoon** 8:10

**again** 20:15 21:2 24:7 25:24 33:20 44:6 52:19 57:2 63:13,17 (10)

**against** 1:6

**agency** 45:12,21

**ago** 46:17 61:20

**agree** 35:22 36:23 58:17

**agreed** 3:6,19

**ahead** 6:5

**alleges** 9:24

**allow** 5:9 10:5

**alone** 52:5

**already** 24:10 29:3 33:20,23 63:16 (5)

**also** 4:9 6:23 10:18 14:5

**22**:15,24 25:17 29:15 36:6 39:10 43:14 48:25 52:2 55:19 60:19 (15)

**am** 1:14 5:9 32:2,7 70:12,14 (6)

**amend** 64:6

**analysis** 12:25

**another** 18:3 37:21 51:19 52:12 58:3,5 59:8,12 61:15 (9)

**answer** 11:18,20 17:21 24:14 25:7 33:19 34:6,16,19,23 35:14 36:21 46:19,24 56:12 (15)

**answers** 40:2

**anybody** 18:20 60:12

**anyone** 3:11

**anything** 6:12 9:7 35:12 36:2 43:11 46:20 52:6 57:5 (8)

**apparently** 5:16

**appears** 58:17

**application** 47:9,9

**apply** 62:22

**appropriate** 24:9

**april** 14:8 15:18

**are** 3:20 4:17,25 11:9 19:2,8,17,22

**20**:24 23:15 25:5 26:15,20,24 27:5,9,17,22 28:20,22 31:5,19,22 32:3,8,12 33:4,5 36:24 38:16 41:12 42:5,21 45:4,5 47:7 48:10,12 51:25 53:15 54:10 57:20 63:4,10,21,22,22 64:2,5 67:8,8 69:11 (52)

**area** 37:10

**areas** 38:21 39:3 43:21

**argue** 25:11

**arises** 5:12 9:5

**around** 15:19

**arrest** 59:17

**arrived** 62:17

**aside** 56:2,4

**ask** 11:13,15 35:7,24 45:8 48:16 53:3,12,14 61:16 (10)

**asked** 21:9 35:16 43:12 51:20 60:3 (5)

**asking** 19:13,13 22:8 23:7 25:21,24 33:25 35:2 36:12 49:14 54:10,12 (12)

**assigned** 13:21 14:10,15,20 15:2,9,15,17 16:12 (9)

**assignments**

13:25

**assistant** 2:14

**associated** 27:14

**assume** 8:25

**assumption** 49:25

**attached** 33:10 56:5

**attaches** 33:13

**attachment** 51:15,16

**attachments** 33:10

**attention** 64:19

**attorney** 54:19

**attorney's** 37:12,25 46:21 54:25 55:6 (5)

**attorneys** 2:4,11

**august** 14:3

**authorized** 3:11

**available** 28:20

**aware** 8:4 19:2,8,17,22 26:15,20,24 27:17,20,22 31:5,22 32:3,8,12 33:24 36:22 37:4 45:22 46:2 53:15 61:20 63:4,8,10 67:8,12 (28)

**b** 1:21 2:4 68:2

**back** 20:11,21 26:9 30:9 33:25 36:9,17,20 37:14

44:7,10 46:18 52:16 53:3 56:25 57:8,17 64:17 (18)

**backtrack** 46:12

**based** 21:10 23:21 48:4 50:9,12 51:3 54:17 56:7 63:14 65:8 (10)

**basement** 62:14

**basically** 8:21 51:18

**basis** 35:4 61:7 63:19

**bates** 51:22,25 57:10

**became** 61:20 62:3

**because** 6:9 7:13,19,22 8:3 9:2 33:19 34:6,10,20 41:19,22 45:5 46:23 50:2,12 51:9 52:11,17 53:21 60:13 63:23 64:5 (23)

**before** 1:23 3:11,12 5:19,21 7:10 10:10,16 18:11 26:13,21 27:18 39:11 62:3,17 63:6 64:9 65:16 66:22,25 67:2,5,20 (23)

**began** 10:16 54:3

**begin** 7:11

**beginning** 48:15

**behalf** 9:24 22:3

**behind** 52:17

**being** 21:25 22:5 24:13 48:7 53:7,15 58:5 67:9 (8)

**belief** 50:4 56:13 63:14,18,19 (5)

**believe** 10:6 11:19 12:18 23:19 36:8 41:6 50:3,9 53:22 55:16,19 56:7 59:23 60:3 (14)

**believed** 50:12,14 51:11

**between** 3:6

**beyond** 35:12 56:16

**bit** 26:13 38:12 46:12

**blood** 70:13

**bonita** 1:24 70:6,20

**borough** 44:18 57:14 58:11,19 59:2 62:22 (6)

**bottom** 37:18 57:12,12 65:3 (4)

**box** 45:19 47:11,15,17 48:12,14 51:10,13 52:7,16 54:19 (11)

**boxed** 47:7

**boxes** 45:16,19 48:10 49:18,19 50:5,20

**being** 21:25 22:5

**51:2,5,8,10 53:21,25 54:7 56:15 62:11 66:10 (17)

**braverman** 2:19 4:11

**brief** 15:9 47:10

**briefly** 7:12

**bring** 10:20

**broad** 24:24

**brooklyn** 13:21 14:6,11

**brought** 9:22 28:12 36:13

**bureaucracy** 38:21

**business** 6:2 7:10

**busy** 8:15

**c** 2:2,14 70:2,2 (4)

**caban** 39:23,24 40:3,17 43:8,13,22 49:2 50:6 53:6 54:8 55:7,12,20 56:17 58:25 60:6 (17)

**call** 4:3 10:12,15,21 33:9 47:12 49:14 (7)

**called** 9:11 47:6

**calls** 47:14

**came** 28:7

**can** 6:5,9,10 12:22,22 17:21 21:9 22:3,22 24:2,4 25:5,6,7

28:17 30:10 32:19 35:22 36:17,21 37:3 44:7 54:6,12 56:12 62:6 63:13 65:3 (28)

**can't** 33:8 34:19 46:19 63:17 (4)

**capacities** 1:8,9

**carbon** 37:15 38:20 41:2 57:17 (4)

**carnegie** 1:22 2:5

**case** 1:6 8:15 16:7 17:3,11 19:5 20:21,23 25:12 32:17,18,19 33:17,21 34:12 35:25 37:8,9 38:13,25 41:22 42:15,24 43:25 44:2,3 45:6 46:16 47:22 48:5,7,11,11,17 50:5,13,21 51:12,18,19 52:8,11,12,14,17 53:2,6,7,16,19,23 54:20 55:10,11,17,20 58:2,7 59:7,11,16,18 61:15,17,18,23 62:8 64:25 65:9,20 66:7 67:9 (72)

**cases** 35:19 38:11,20 39:12 40:7 49:20,23 50:17 61:21 (9)

**cataloged** 45:18

**certain** 38:20

**certification** 3:8

**certify** 70:7,12

**chambers** 4:4,5

**chance** 17:8 50:15

**changed** 64:4

**changes** 63:22 64:3,3

**check** 59:2

**checked** 39:10 44:5

**checking** 53:10

**chief** 15:3

**church** 2:100

**circulated** 28:2 31:2

**circumstances** 32:25

**city** 1:8,18 2:10,12 6:7 11:23 (6)

**civil** 1:21 10:3

**clarification** 21:3,15

**clarify** 45:3

**clarifying** 65:14

**clear** 24:11 26:12,14

**clerk** 4:5,13 44:14,16 (4)

**clerk's** 37:22,23

**closed** 33:17 35:18,19,25 37:9 48:5 49:23 50:2 52:12 53:23 (10)

**closes** 51:18

**code** 33:13

**cold** 46:16

**come** 38:6 50:24

**comes** 46:18

**coming** 8:13,23 23:18 44:4 (4)

**commander** 13:13 14:16

**commanders** 27:8

**commanding** 14:20 15:10,24 16:7 27:8 62:3 (6)

**common** 66:14

**communicated** 52:23

**company** 45:17 47:3,6 48:6 (4)

**complaint** 39:9,13 41:9,10,20 ,21,22,24 51:18 52:4,24 (11)

**complaints** 45:6

**complete** 11:20 41:24 55:16,20 64:3 (5)

**completed** 6:11

**complies** 65:6

**component** 63:25

**computer** 33:7 47:9,9 48:3 63:25 (5)

**computerized**

33:5 41:25

**conceivable** 54:13

**concerned** 6:4

**concerning** 5:13

**concerns** 64:24

**concluded** 67:15

**conclusion** 62:6

**conduct** 4:22

**conducted** 6:20 17:11 18:12 19:3 22:10 24:18 25:9,19 42:14 44:3 55:16,19 (12)

**conducts** 33:3

**confidential** 29:17,22 69:11

**confidentiality** 29:21

**conjure** 6:10

**consideration** 10:25

**contacted** 18:4

**contain** 50:5,21 53:21 54:2 (4)

**contained** 49:23 51:5 54:7

**contemplated** 22:14

**contemporaneous ly** 61:3

**contents** 51:7,10

**context** 52:9

**continue** 36:16

**continued** 26:10

**contracted** 45:17

**control** 15:3

**conversations** 59:15

**convicted** 9:25

**copies** 28:15,17 37:16 38:20 41:2 57:17 (6)

**copy** 3:13,16 37:1 5,17,20,20,23,23,2 4 38:2 41:13 42:2,7 52:4,5 57:13,13,14,24 58:11,18 62:24 (22)

**corporation** 2:11,14 31:13

**correct** 11:20 13:11 16:9 17:12 18:25 29:8 40:14 46:5 47:21 49:10 56:6 58:10 60:2,23 65:23 67:3 (16)

**correctly** 38:22

**corresponding** 51:12

**could** 10:12 21:4,15 37:12,23 41:4 48:14 49:16 54:23 65:25 (10)

**counsel** 2:11,14 3:7,16 8:4 10:11 11:6 31:13 (8)

**county** 70:4

**couple** 29:5

**course** 19:10

**court** 1:2 3:13 4:24 5:25 6:3 7:2 8:20,25 9:23 10:4,12,22 23:10,14 24:8 35:4 (16)

**court's** 25:4

**cover** 24:7 40:2 46:23

**covered** 26:12

**crime** 15:3 16:4 58:4

**criminal** 35:10 39:7 40:15,19,21 41:13,14 42:3,9,13 56:21 57:13 59:20 60:4,20,20 61:8,15,17 (19)

**crown** 14:11

**current** 13:12 36:10

**currently** 25:17

**d** 3:3 69:2,8

**da's** 45:23 56:8

**database** 47:5 53:21

**date** 1:13 16:18 27:11 29:14 30:14 35:10 43:9,16 61:4 63:3,6 69:11 (12)

**dated** 16:17 17:4 29:13 30:13,16,19,22 64:22 68:6,3,9,11,13,15 (14)

**dates** 35:12 64:5,9

**day** 26:25 27:3

**days** 3:15 5:15 8:24

**dd5** 33:9,14 42:2 51:17 52:14 58:18 (6)

**dd5's** 39:8 40:24 41:25 42:7 57:16 (5)

**ddf3057** 51:25 52:20

**ddf3060** 51:22 52:21 57:10

**deadly** 51:17

**deal** 62:12 66:15

**december** 1:13 6:25 7:21,24,25 8:5,7,10 10:14 11:7 20:13 30:16 43:20 63:2 70:17 (15)

**declaration** 6:24 7:15,20 8:5 11:5 16:6,16 17:2,10 19:4 24:9 41:6 48:19,20 50:20 55:15 68:5 (17)

**deemed** 6:21

**defendant** 1:18 4:18 6:12 33:12 (4)

**defendant's** 10:6,10,13 11:4 24:12 29:15 69:10 (7)

**defendants** 1:10 2:11 4:8 5:4 6:14

7:14 10:22 25:4 (8)

**deficient** 8:5

**delivered** 45:12 46:3 47:2 49:8 50:20 53:7,17 (7)

**demands** 10:8

**department** 2:10,19 11:23 12:15,19 29:5 (6)

**depending** 48:13

**deposed** 21:25 22:5

**deposition** 3:9,10,13 4:22 5:5,10,16,19,22 6:6,9 7:9,16 8:12 9:6 10:2,5,10,11,17,24 11:3,10 12:3,12 17:14 20:4,14,16,18 21:21,23,24 22:4,7,13 23:4,17 24:8,15 26:2 29:23 34:9,15,22 35:13 (46)

**deposition** 1:17

**described** 19:3 47:2

**describing** 36:8

**description** 47:10,16,20 68:3 69:9 (5)

**designate** 22:2

**designated** 24:13,19 25:14

**designating** 22:17

**destroy** 27:13 28:11

**destroyed** 12:23 27:10 56:10 65:10,21 66:2 67:5,9 (8)

**destruction** 12:24 26:17 27:24 31:7,10,24 62:3 64:10,24 66:7,23 (11)

**detailed** 6:25 38:16

**details** 61:16

**detective** 13:2,14 14:21 15:11,16,25 18:4,5,24 19:3 28:9 33:3,11 35:18 37:8,17 38:6,12 40:24 41:22,23 42:8 45:15 49:8,19 50:13 51:3,5 54:20 55:10 56:9 59:17,18 62:8 64:24 65:9 67:9 (37)

**detective's** 38:8 45:11 46:3,7 47:23 48:5,17,23 49:2 54:2 55:12 56:17 59:2 65:20,25 66:7,23 67:5 (18)

**detectives** 33:9 38:16 55:11

**determination** 50:24 51:4

**determined** 50:20 52:20,25 58:4 (4)

**dictates** 62:21

**didn't** 5:18,20 7:9,24 13:9 43:11 47:13 49:4 50:2 51:9 52:19 55:3 57:4 59:6,24 60:12 (16)

**different** 21:13 36:9 37:20 38:4,12,21 39:3 40:4 41:18,18 64:5 (11)

**digital** 33:17 34:3

**digitally** 32:5

**direct** 64:18

**directed** 28:8

**direction** 12:22 27:8,12

**discovered** 44:2

**discovery** 5:13 10:8 17:18 18:21 (4)

**discussed** 29:3,4,7 53:4 56:4 (5)

**discussing** 30:4 39:25 61:14

**discussion** 26:7 30:7

**disposed** 54:21

**dispute** 5:12

**distribution** 63:23

**district** 1:2,3 9:23,23 37:11,24 46:21 54:19,24 55:5 (10)

**document** 12:24

16:23 17:7 26:16 27:9,11,23 37:19 45:22 62:2 (10)

**documenting** 46:2

**documents** 10:7 12:12,14,17 17:16 18:20 19:9,19,24 24:3,19 25:10 27:10 29:22 31:7,11,14,24 32:5,19,22 33:4,6,6,7,23 34:11 35:19 36:13,23 37:4,10,14,16 38:14,15 39:9,17,21 40:7,23 41:4,7 44:13,18,22,23 45:2,4,5 46:20 52:18,20 56:4 60:5,5 64:11 (57)

**does** 5:23 32:18 34:10 61:8 (4)

**doesn't** 36:6,10 46:17 47:16 (4)

**doing** 23:15

**done** 23:3,4 24:3 40:8 48:3 58:12 (6)

**down** 7:3 15:23 57:5

**draw** 62:6

**due** 8:11,14

**duly** 9:12 70:9

**duplicate** 38:19 39:2

**during** 12:11 19:10,19,24 24:6 34:15 36:24 46:6

(8)

**e** 2:2,2,18,18 3:3,3 9:11,11,11,11,11 68:2 69:2,8,8,8 70:2,2 (18)

**each** 51:10

**earlier** 31:3 41:2 57:16 59:20 64:22 (5)

**easily** 24:3

**eastern** 1:3 9:23

**ecms** 44:2 61:19

**effect** 3:12,14 13:3,10 26:21,25 27:18,23 31:23 32:8,12 33:16 49:20 62:10,25 63:2,5,11,15,16 (20)

**efforts** 17:15,24 18:19 56:16,20,23 (6)

**eight** 50:19

**either** 5:23 28:24 49:4 50:3 53:6 54:19 55:6,11,24 56:8 59:7 (11)

**electronic** 33:24 34:3,10 41:19 47:5 48:3,3 63:24 (8)

**electronically** 39:10 41:21 47:18

**else** 18:20 37:17 45:24 56:9 (4)

**email** 60:12,15

**end** 48:15

**enough** 5:24 7:25

**enter** 47:10

**entire** 25:25 45:22

**entitled** 5:25 6:8

**esq** 2:8,14,19

**even** 6:2 23:11

**eventually** 37:10 40:8,24 62:8 (4)

**ever** 66:2

**every** 38:11 47:16 51:9 62:22,22 (5)

**everything** 35:6 37:15 38:5,7,18 45:6 63:23,25 (8)

**everything's** 41:19

**evidence** 32:17 43:25

**exactly** 40:22 60:13

**examination** 9:15 26:10 67:14 69:3 70:8,10 (6)

**examined** 9:13

**example** 33:11

**except** 3:20

**excuse** 43:8

**exhaustive** 55:17,20

**exhibit** 16:14,15,20,22 19:4 29:11,12,25

30:12,15,18,21,25 48:18 51:22 56:5 57:10 62:23 64:19 (19)

**exhibits** 29:16 30:10 31:15,18 64:9 68:3 69:10 (7)

**existed** 64:9

**existence** 39:2 44:12

**expansive** 23:6

**experience** 20:20 23:22 46:20 48:2 54:15,16,18 61:10,11 63:13,14 66:9 (12)

**explanation** 54:6,13

**extent** 21:14 23:24 25:23 29:17 35:24 69:11 (6)

**f** 3:3 69:8 70:2

**facility** 37:11 49:9

**fact** 8:11,14 10:25 18:7 58:7 (5)

**failure** 10:7

**fair** 22:19

**familiar** 17:7

**far** 6:4 10:7 18:14,18 24:23 42:22 45:25 (7)

**fbi** 45:23

**february** 36:4

**federal** 1:20 10:3 21:22

**felonies** 65:4,10,21 66:7,23 (5)

**felony** 65:25 66:11

**felt** 8:4

**fernando** 39:23,24

**few** 31:9

**file** 20:23 37:8,17,18 38:6,6,9,15 39:20 40:3,3 41:3 42:4 43:8,9 45:11,13,22 46:3,8,21 47:2,23,23 48:5,7,14,17,23 49:2 51:16 52:5,8 53:6,7,22 54:11,18,25 55:17,21 56:17 59:16 66:23 (44)

**filed** 5:14 45:16

**files** 12:16,20 13:2 20:21 32:18,20 33:8,17 35:19,25 37:12,13 38:13 43:13 45:7,15,24 46:16 47:7 48:13 49:4,21 50:5,21 51:5 52:10,17,18 53:16,19 54:2,8 55:7,12,25 56:8 59:2,5 61:21 62:8 64:25 65:9,20,25 66:7,10,12,15 67:5,9 (50)

**filing** 3:8

**fill** 46:17

**final** 7:20 57:10

**find** 6:15 18:4 42:18 49:4,19 56:16 59:7 (7)

**fine** 29:19 35:23

**first** 9:12 13:19 34:14 43:8,9 48:21 57:9,13 60:13 64:18 (10)

**fits** 48:12

**floating** 52:7

**floor** 1:23 2:8

**folders** 51:13

**followed** 62:2 66:6

**follows** 9:14

**followup** 33:9 42:7 51:18

**followups** 40:24

**force** 3:14

**form** 3:20 46:14,17,22 50:4 (5)

**formal** 23:25

**formally** 20:13,15 23:9

**forms** 37:14 38:20 39:2

**forth** 70:9

**forward** 5:5,10 7:17 9:6 10:17 (5)

**forwarded** 42:3 58:6,10,18 (4)

**found** 11:2 18:16 21:5 51:17 62:7 (5)

**four** 5:15 8:24 42:2 52:6 65:4 (5)

**freely** 52:7

**friday** 5:21 12:8

**front** 23:9

**full** 64:2

**fully** 5:24 24:7 41:11 52:19 66:20 (5)

**function** 32:19

**further** 3:19 6:12 9:7 70:12 (4)

**gain** 49:17

**gathered** 4:22

**general** 47:16,20

**generally** 21:17 38:11 48:10

**generated** 41:20,22 45:13 47:8 (4)

**georgia** 2:10

**get** 5:18,20 10:19 21:18 25:24 33:8,10 46:18 51:25 66:19 (10)

**gets** 52:11,12

**getting** 7:3 40:25

**give** 5:23 8:20 11:18 52:9 (4)

**given** 70:10

**gives** 12:21 27:7

**gmr** 47:6

**go** 5:10 6:5 9:6 10:17 26:3 37:17,18,23,24 38:2,5,18,21 41:12 53:3 (15)

**goes** 41:13

**going** 5:5,9,10 6:18 7:16 20:17 24:20 28:3 33:18 34:6 35:14 38:13 45:3 61:14 66:9 (15)

**gold** 4:4,14,17,21,24 5:3,7,9 7:2,6,23 8:7,12,17,19 9:4,9 10:16 23:11 (19)

**gold's** 4:5

**gone** 53:22

**good** 4:14 9:21 15:18 50:15 66:10 (5)

**goodbye** 9:9

**govern** 27:23 31:23 64:10

**governed** 26:16

**governing** 29:21 31:6

**graduating** 13:20

**great** 7:6 62:12 66:15

**green** 37:20

**grm** 47:6 53:11,21

**ground** 26:13

**guartan** 39:22 40:3,17 43:13,23 49:2 50:6 53:7 54:8 55:7,12,20 56:17 59:2 60:6 (15)

**guess** 22:19

**guide** 12:23 19:18 28:22,23,24 29:2,6,6 30:16,19,22 31:9,14 62:20,24 63:5 64:4 68:11,13,15 (20)

**guides** 29:5 31:19

**h** 68:2

**hadn't** 59:10

**hall** 1:22 2:5

**hand** 70:17

**handed** 45:23

**happened** 9:25 56:17

**happens** 52:11

**has** 6:7,16 21:25 22:5 23:4,14 24:19 27:11 29:5 54:19,20 66:6 (12)

**haven't** 29:4 55:24

**having** 9:12

**he** 9:24 10:16 18:7,10,11,16,18 21:3 22:10,12,18,22 24:4,19,22 25:16 28:15 33:12,12 34:19

**36**:6,9,10,12,13 (25)

**he's** 24:25 33:23,24 36:8 (4)

**headquarters** 15:3,4,5

**hear** 47:13

**heights** 14:11

**held** 1:21 26:8 30:8

**here** 4:9 11:24 24:4 35:20 61:15 62:25 (6)

**hereby** 3:6 70:7

**herein** 3:7

**hereinbefore** 70:9

**hereunto** 70:16

**hi** 4:6

**him** 22:17 25:24 34:6,23 35:7,14,16 36:12,13 (9)

**himself** 25:19

**his** 1:8,9 20:19,22,24 21:11,11 22:10,17,20 23:20,21 24:5 25:16 (14)

**hold** 4:13 21:18

**homicides** 46:16

**honer** 6:13

**honor** 4:16,20,23 5:2 7:4,5,13 8:6,15 9:2,8 (11)

**hour** 6:2

**hours** 7:10

**house** 48:21

**how** 4:17 12:5 13:15,24 14:7,12,22 15:6,12 23:6 27:13 32:18 38:12 48:13 49:11 50:24 51:24 52:19 59:14 60:13 61:20 62:21 (22)

**however** 21:8 40:23 42:4

**i'd** 10:18 20:15 29:20

**i'll** 34:13 45:8

**i'm** 5:10 6:4 15:19,22 16:19 22:8 25:13,21 27:20 28:3 29:24 30:24 31:15 33:18 34:20,23 35:2,5,7,14 36:12,22 45:22 54:12 63:8 67:12 (26)

**idea** 58:16

**identification** 16:18 29:14 30:14,17,20,23 (6)

**identifying** 53:19

**implying** 53:13

**inaccurate** 11:19

**inadvertently** 54:21 56:10

**include** 7:7

**including** 25:8

**incomplete** 11:19

**incorrectly** 15:23

**indicate** 49:22
58:18

**indicated** 49:20

**individual** 1:9
51:13 52:17

**individualand**
1:8

**individually**
51:11

**individuals** 25:18

**information**
29:18 34:3 69:12

**inquire** 10:6
17:15 20:5 38:25
44:12 53:5 54:24
55:5,10 (9)

**inquired** 21:23

**inquiries** 39:6

**inquiry** 25:12
53:10,24

**instance** 24:16
25:8,15

**instruct** 33:19
35:14

**instructing** 34:23

**instructs** 17:22

**intentionally**
67:5

**interested** 70:14

**interims** 64:6

**internet** 28:23

**into** 10:6 21:23
25:24 32:19,22
33:8,17 51:19
52:12 58:4 62:25
63:2 (12)

**investigated**
54:20 58:5 59:16

**investigation**
19:10 33:4 36:24
37:5 40:17,17
41:24 42:8 44:3
58:4 60:6 (11)

**investigations**
19:19,25 39:17
43:23 44:13 50:6
54:2,7 (8)

**invoice** 37:22

**invoiced** 38:2

**irrelevant** 34:4,7

**is** 3:6,19 4:7 5:7
6:18,23,25 7:2
9:22 10:2,5,21
11:7,8,10,19,24
12:9 13:12
16:17,25 20:23
21:10,17,22 22:13
23:2,15 24:12,13
25:12,17
27:7,7,11,14
28:2,4,15,23,24
29:2,14,18 30:3,5
31:2 32:18,21
33:9,20 34:5,15
35:2 37:9 38:12
39:13 40:19,21,22
41:3,16,17 42:6
45:18,21
46:14,22,25,25 47:
2,6,7,15,18,22,23
48:2,2,18 51:17,22
52:11 54:11 56:3
57:20,25 58:14
60:5,23 61:7 62:7
63:14,14,23 65:9
69:11 70:8,10 (99)

**isn't** 34:18 46:23
54:19

**issue** 9:5
23:5,14,17 64:4
(5)

**issued** 13:6 63:3
64:6

**jacob** 2:8 4:9,16

**january** 30:20,22

**jersey** 37:11
47:24 48:6,8
49:9,16 50:21
56:15 62:9 (9)

**joel** 1:21 2:4

**judge** 3:12
4:4,5,14,17,21,24
5:3,7,9 7:2,6,23
8:7,12,17,19 9:4,9
10:16,21 23:11
(22)

**julio** 1:4 2:5 9:24

**july** 14:13 28:7
30:13 31:2 64:22
65:13,16 (7)

**june** 16:8

**just** 6:13 7:12
10:9,18 11:10
16:13 19:12
21:2,20 22:24
24:11 25:13
26:2,12,14 28:6
29:10 30:4 35:16
36:3,17 37:19
38:19 39:11 44:5
46:23 47:2
49:13,15
52:6,9,14,19 53:12
54:12 57:2,4
59:15 60:12
63:14,15,22 65:3,4
66:14,19 (46)

**keep** 38:12 61:21

**keeping** 41:3

**kept** 47:18
62:7,12

**keywords** 51:2

**kind** 45:3
49:13,15 52:15,16
62:20 63:24 (7)

**knew** 59:11

**know** 10:3 13:6
18:14,15,16,18
19:13 20:12 25:11
27:20 28:19,23,24
35:22 36:7,10
37:14 39:12
42:13,17,18,21,23
43:4,9,18 45:9
46:22,24 49:16
50:14 53:13 54:21
58:22,24 59:10,14
61:6,15,25
65:15,18,19,24
66:4,5,9,13,16,21
67:4,7 (52)

**knowledge**
22:10,11,12 48:4
49:12 54:17,18
62:15 64:8,14 (10)

**knows** 36:9,12

**l** 2:18 3:3,3 9:11
(4)

**label** 49:22 50:10

**labeled** 48:10
49:19 51:13

**laid** 22:6

**last** 12:8 36:17
51:15,21 (4)

**late** 6:5

**later** 29:17 61:4
69:11

**law** 1:21 2:4,10
11:23 (4)

**lawsuit** 9:22

**leading** 59:15

**learn** 17:24
18:7,19 49:11 (4)

**learned** 18:3
29:17 49:7 69:11
(4)

**leaving** 46:21

**ledado** 18:6,24
19:3 25:20 (4)

**left** 52:13

**less** 7:10 8:20

**let** 10:9 34:6,15
48:16 (4)

**let's** 16:13 36:15

**lets** 29:10

**letter** 5:13

**letters** 8:22 45:6

**lieutenant** 1:19
4:10 9:19,21
11:5,8 13:13
14:10 16:16,19
20:19 21:8 22:9
23:7,20 24:13
25:14 26:15 28:19
29:24 30:24 36:23
57:9 64:18 67:18
(25)

**like** 6:13 10:18
11:14 14:18 20:15
23:13 26:3 27:13
28:12 29:20 33:13
37:13 38:14

45:22,23 46:15,15,19,21 48:10 49:15,15 52:10,16 53:12 54:22 62:12 63:24 64:2 (29)

**likely** 63:16

**limit** 20:17

**limited** 24:8 40:22 41:17

**limiting** 20:24

**lines** 65:4

**list** 37:3 49:18

**listed** 50:13

**litigate** 23:14

**little** 26:13 38:12 46:12

**load** 8:15

**local** 5:12

**locate** 17:15 18:20 48:14

**located** 51:14,16 52:25 55:24 (4)

**location** 49:2 53:7,17

**locations** 37:3

**long** 7:8 13:15,24 14:7,12,22 15:6,12 (8)

**look** 28:3 64:4

**looked** 16:11 51:2,11

**looks** 28:12

**lot** 37:15 38:13 45:5 49:12,19 62:11 (6)

**louis** 18:6 25:20

**loup** 2:8 4:9,16,16 9:8,16 10:9 16:13 20:11 21:19 22:16 24:11,25 25:21 26:5,9,11 28:17 29:10,19 30:6,9 34:5,13,25 35:15 36:6 44:7 55:4 57:6,8 64:15,17 69:5 (34)

**lt** 68:5

**m** 2:10

**made** 6:5 39:7 40:15 43:7,13,16 44:24 46:25 49:25 51:4 53:6,16,24 59:17,24 60:10 61:19 (17)

**maintain** 32:18

**make** 6:9 8:4,22 23:12 25:13 26:14 35:3 39:6,12 43:5,21 44:5,17 56:16,23 57:3,4 60:4 66:19 (19)

**making** 45:11 46:7

**management** 12:25 28:7 32:17 43:25 (4)

**many** 12:5 36:23

**march** 14:24 15:25 16:4 29:13 36:4 (5)

**mark** 7:12 10:18 16:13 22:24

29:10,16 30:10 69:10 (8)

**marked** 16:17,20 29:14,25 30:14,17,20,23,25 31:15 69:10 (11)

**marking** 29:22

**marriage** 70:14

**material** 6:3

**matter** 20:15,23 24:21,23 25:2 70:15 (6)

**matters** 11:10 22:6

**may** 3:10,13 5:13,15 11:14,20 15:18 22:12 23:12 33:11 41:11 46:23 48:18 (13)

**maybe** 14:3 15:13,18,23 35:9 38:19 (6)

**mckinney** 2:14 4:6,7,19,19,23 5:2,6,8 6:13 7:5,12 8:3,11,14,18 9:2 10:18 11:23 12:2,10 17:17,20 18:2,9,13,17,22 19:6,11,20 20:2,7,9,12 22:15,20 24:22 25:16,23 26:19,23 27:19,25 28:5,18 29:15 31:8,25 32:6,10,14,23 33:2,18 34:8,20 35:5,21 36:15,25 37:7 38:10,24 39:4,18 40:6,13,20 41:8,15 42:11,16,20,25 43:3,6,24

44:15,19,25 45:14 46:4,10 47:4,25 48:9 49:24 50:7,11 52:22 53:9,18 54:4,9,14 55:2,8,13,22 56:11,18,24 57:18,22 58:20,23 59:4,9 60:7,24 61:5,9,12 62:5,18 63:7,12,20 64:12 65:11,17,22 66:3,8,24 67:6,11 (128)

**me** 7:8 10:9 11:15 36:6 39:10 43:8 45:8 48:16 49:20 52:23 54:10 65:14 67:20 (13)

**mean** 25:7 36:10 38:8 40:11 54:21 56:2 61:14 62:6 (8)

**means** 36:2 57:25

**medical** 11:9

**meet** 12:2

**meeting** 12:11

**melanie** 2:19 4:11

**memo** 12:24 28:2,21 30:13 31:2 68:3 (6)

**memorandum** 64:21 65:9

**mentioned** 11:10 41:2 57:16

**microfilm** 41:3 42:10 60:22,22 61:3,21 (6)

**midconversation** 49:15

**might** 16:9,10 37:5 45:24 47:12,14,14 50:5,21 52:12,14 (11)

**mind** 49:13

**minute** 53:3

**misdemeanors** 66:11

**miss** 57:4

**mix** 66:11

**moment** 26:4

**monday** 5:19,21

**monica** 39:22

**month** 14:18 43:19

**months** 13:16 15:7,13

**moot** 6:22

**more** 21:16 22:22 23:14 38:16 67:13 (5)

**morgan** 2:14 4:7,19

**morning** 4:14 5:17,19,21 9:21 (5)

**moscoso** 1:9

**most** 21:4 35:9

**mostly** 46:16

**motion** 5:13 6:5,10 9:5 10:13 (5)

**move** 7:9,24 8:9

10:22 (4)

**moved** 7:18 16:4
49:13

**ms** 4:6,19,23
5:2,6,8 6:13
7:5,12
8:3,11,14,18 9:2
10:18 11:23
12:2,10 17:17,20
18:2,9,13,17,22
19:6,11,20
20:2,7,9,12
22:15,20 24:22
25:16,23 26:19,23
27:19,25 28:5,18
29:15 31:8,25
32:6,10,14,23
33:2,18 34:8,20
35:5,21 36:15,25
37:7 38:10,24
39:4,18 40:6,13,20
41:8,15
42:11,16,20,25
43:3,6,24
44:15,19,25 45:14
46:4,10 47:4,25
48:9 49:24
50:7,11 52:22
53:9,18 54:4,9,14
55:2,8,13,22
56:11,18,24
57:18,22 58:20,23
59:4,9 60:7,24
61:5,9,12 62:5,18
63:7,12,20 64:12
65:11,17,22
66:3,8,24 67:6,11
(125)

**multiple** 25:6
37:16

**must** 56:8

**my** 7:13 21:10,16
22:25 25:18 40:21
41:3,16,17 46:19
48:2 49:13
54:16,18 56:13
59:15
63:13,14,14,18

65:12 66:9 70:16
(23)

**n** 2:2,18 3:3
9:11,11,11 69:2,8
(8)

**name** 9:17 18:5
59:25

**names** 24:17 25:8
42:17

**necessarily** 24:25

**need** 21:14,16
23:24

**needed** 21:5
28:10 41:4 61:18
(4)

**negative** 43:14

**negron** 1:4 2:5
4:8 9:24 20:22
39:20 40:3,16
43:9,22 48:23
50:6 53:6 54:8
55:6,12,17 56:17
58:25 60:5 (20)

**negron's** 35:10

**neither** 59:11

**never** 46:20

**new**
1:3,8,18,23,23,25
2:7,7,10,12,13,13,
19 9:13,20,20,24
37:11 47:24
48:6,8 49:9 50:21
56:15 62:9
70:3,4,7 (28)

**next** 9:4
14:4,9,14 (4)

**night** 14:16

**no** 1:6 9:8 11:12

12:18 13:5 16:3
18:23 19:7,21
20:3,8 24:22
26:18,22 32:11,15
41:10
44:2,11,16,20
46:2,11 47:24
52:17,18 55:9,14
56:2,3,25 57:3
58:16 60:18 64:14
66:18 67:12 70:14
(38)

**notary** 1:24 9:13
67:23 70:6 (4)

**note** 6:14

**notice** 22:7
23:3,6 24:15 25:7
(5)

**noticed** 20:14
22:4

**notices** 21:23

**notified** 23:5,16

**november** 16:17
17:5 43:20

**now** 6:15 11:2
23:4,15 28:13
32:18 34:2
41:18,19 47:18
61:20 63:23 (12)

**number** 27:14
47:8,10
48:11,11,15,15
52:24 66:10 (9)

**numbers** 39:9,13
45:19 48:12 50:13
51:12,12,19 68:3
(9)

**nypd** 4:12 10:7
13:15 17:15 18:20
19:4,9 20:21
21:3,12 22:21
23:22 24:2,5

29:18 30:13
35:8,11 37:4
38:21 39:3 43:22
44:22 45:17 64:13
65:9,20 68:3
69:12 (29)

**o** 2:18 3:3 69:8

**o'connor** 1:8

**o0o** 9:10

**oath** 3:11

**object** 5:4 20:17
33:18 34:15 36:2
(5)

**objected** 20:13
23:9

**objecting**
34:14,20

**objection** 5:18,20
6:7 10:20
17:17,20
18:2,9,13,17,22
19:6,11,20 20:2,7
26:19,23 27:19,25
31:8,25
32:6,10,14,23 33:2
34:17,19 36:25
37:7 38:10,24
39:4,18 40:6,13,20
41:8,15
42:11,16,20,25
43:3,6,24
44:15,19,25 45:14
46:4,10 47:4,25
48:9 49:24
50:7,11 52:22
53:9,18 54:4,9,14
55:2,8,13,22
56:11,18,24
57:18,22 58:20,23
59:4,9 60:7,24
61:5,9,12 62:5,18
63:7,12,20 64:12
65:11,17,22
66:3,8,24 67:6,11
(97)

**objections** 3:20
23:12 26:2,13 (4)

**objects** 17:21

**obligation** 7:22
10:23 22:2,5 (4)

**observations**
62:13

**obtained** 22:12
62:15

**obviously** 35:20

**of2019** 67:21

**off** 20:9 26:3,6
30:6 38:17 57:6
64:15 (7)

**office** 12:25 15:2
37:12,23,25 45:23
46:3,9,21 54:25
55:6 56:9 (12)

**officer** 13:22
14:20 15:10,25
16:8 62:4 (6)

**officers** 22:2 27:9

**offices** 1:21 2:4

**official** 1:8,9

**officially** 16:12

**officials** 22:2

**offtherecord**
26:7 30:7

**oh** 49:15

**old** 36:11 40:23

**older** 21:15

**once** 7:20 62:9

**one** 6:2,2 9:19

12:6 37:20,21
40:25 47:6 48:11
51:19 52:5,14
60:5,5 (14)

**ones** 21:4 41:25
51:5

**online** 44:4 47:19

**only** 18:24 22:9
51:16 53:20 54:22
58:7,10 60:14
63:13 (9)

**open** 4:2 50:17
52:13

**opened** 52:12,13

**operation** 27:16
68:7

**operations** 12:21
27:7 29:7,11,13
30:3 (6)

**opportunity** 6:17
10:20

**oppose** 23:2

**opposition** 5:14

**order** 7:19 10:14
12:21 25:4
27:7,12,15,16
29:7,11,13 30:3
(12)

**ordered** 10:4
24:8

**orders** 16:11
27:17 64:6

**organization**
22:3

**oriented** 38:16

**original** 3:9,16
37:16 39:19 41:10

(5)

**other** 5:14 12:17
17:15,25 18:19
19:2 22:11,12
27:8,22 29:9
31:5,22 37:13
41:9 43:21 45:21
46:13 52:18
54:2,7 56:23 58:6
62:13 65:4,24 (26)

**out** 22:6 33:6,7
37:14 42:2 45:20
46:17 56:16 59:7
(9)

**outcome** 70:15

**outside** 33:20
34:8,21 35:2,13
36:5 44:22
45:2,5,12 47:3
53:7,17 (13)

**over** 45:23 48:12
49:16

**own** 17:11

**p** 2:2,2,18 3:3 (4)

**page** 24:16 30:22
51:9,15,21 57:10
68:3,14 69:3,9
(10)

**pages** 30:16,19
51:24

**paper** 49:7 52:6

**paragraph** 50:19
55:15

**part** 52:24 58:4

**particular** 22:9
33:14 40:11 47:22
48:7,14,16 50:5
52:8 53:16 61:11
64:25 (12)

**parties** 3:7 70:13

**parts** 38:4,5

**party** 21:22,25
22:5 23:2 (4)

**past** 61:10,11

**patrick** 1:8

**patrol** 13:22 16:4
19:18 28:23 29:6
52:14 (6)

**pattern** 58:5

**pay** 10:24

**payroll** 47:15

**pc** 1:22 2:4

**pd** 45:6

**pdf** 33:8,14

**pdf's** 32:20

**percent** 15:19
63:17

**period** 14:16
15:10 24:6 46:6
51:6 (5)

**permissible** 27:9
28:11

**permitted** 35:7

**person** 38:2
45:12 59:25 60:9
(4)

**personal**
20:19,22 21:11

22:10,18 23:20
37:25 (7)

**personally** 22:18
40:2

**persons** 17:15,25
24:18 25:9 (4)

**pestana** 2:10

**phone** 10:15,21

**physical** 11:8

**pieces** 52:6

**pink** 37:20

**place** 10:2 19:13
31:6 48:12 (4)

**placed** 4:3

**places** 38:4

**plaintiff** 1:5,19
2:4 4:10,15 5:3,24
6:16 9:7 10:6 19:5
(11)

**plaintiff's** 8:3
10:8 11:6
16:15,20,21 17:18
18:21 20:14 29:12
30:2,12,15,18,21,2
5 31:17 64:19
68:3 (19)

**plaintiffs** 6:24

**planning** 13:2

**plaza** 9:19

**please** 4:13 9:18
30:11 37:3 (4)

**pm** 67:14

**point** 21:2 40:25
48:25 52:23 (4)

**police** 2:19 9:19
13:20 19:10,24
36:24 (6)

**polices** 20:21

**policies** 6:21
13:3,5,8,9
19:8,13,17 20:5
21:3,6,11,16 22:12
23:23 26:16,20,24
27:5,22,24
28:15,20,22
31:5,22 33:15
34:2 35:8,11
36:7,7,10,11 42:4
61:25 62:16 63:21
64:6 (39)

**policy** 13:7 19:12
23:25 24:2 31:12
32:4,8,12,16,21
33:25 34:10 35:17
36:3 44:21
45:10,21 46:2,7
62:9 64:3,9
65:9,13,15,20,25
66:5,13,16,22 (31)

**position** 6:18,23
10:11 11:4
13:12,19,24
14:4,7,9,12,14,22
15:6,8,12 24:12
34:5 35:3 (19)

**possession** 44:14
56:8,9

**possibly** 37:5
42:9

**potential** 37:12

**practice** 32:4,21
44:22 45:11,21
46:2,7 66:14 (8)

**practices** 19:9,22
20:5,20 21:4,12
22:21 24:5 33:15
35:8 42:21
62:2,16 (13)

**precinct** 6:16 13:13,21,25 14:5,11,21 15:11,15,25 19:23 20:6 26:17 27:8,24 32:4 33:16 35:18 37:10,24 44:23 45:2,12 46:8 48:21 49:5 53:8,17 57:4 62:2,14,21,22 66:5 67:4,10 (36)

**precinct's** 31:6,23 62:16 66:22 (4)

**precincts** 28:9

**preclude** 7:9

**predated** 61:19

**predecessor** 63:4

**preparation** 12:12 20:4

**prepare** 12:2 22:5

**prepared** 17:2

**preparing** 17:14 22:13

**present** 4:25 9:4 26:25 27:3 33:22 34:2 (6)

**presentation** 7:8

**pretty** 64:7

**previous** 10:21,23 51:24

**previously** 11:6 25:17 53:4

**print** 33:7

**printed** 33:6 52:4 64:9

**prior** 11:2 23:3 32:9 44:4 63:8,10 (6)

**private** 45:16

**privileged** 34:16,18

**probably** 16:11 28:21

**procedure** 1:21 10:3 21:21 22:14 29:22 34:14 60:21 62:20 63:9,10,16 (11)

**procedures** 12:15,19,23 22:25 31:10 42:4 63:15,21 64:5 (9)

**proceed** 5:4 39:11

**process** 41:16,17 48:5

**produce** 7:15 10:7 21:7 25:5 40:24 (5)

**produced** 7:20,23 19:10,19,24 23:25 24:10 31:13 33:4 36:24 39:3 41:12 62:25 (13)

**production** 24:3

**promoted** 14:2

**property** 37:22,23,25 44:14,16 (5)

**prosecutor's** 46:3,8

**protective** 7:18 10:14

**provide** 24:17 25:8

**provided** 6:24 11:6 39:10

**public** 1:24 9:13 29:18 67:23 69:11 70:6 (6)

**publically** 28:20

**published** 27:7,12 28:6,23,25 (5)

**pull** 21:15

**purpose** 10:5

**pursuant** 1:20

**put** 10:9 21:20 24:14 38:15 45:16 52:15 62:10 (7)

**qr** 33:13

**queens** 14:16

**queried** 43:25

**question** 11:13 15:18 21:10 25:15 34:6,19 35:16 36:18,19,21 44:6,8,9 50:22 53:4 66:20 (16)

**questions** 22:4 24:14 25:7 33:25 35:24 67:13 (6)

**quicker** 8:25

**r** 2:2,18 3:3 69:8 70:2 (5)

**react** 8:25

**read** 8:21 36:17,20 44:7,10 51:9 65:5 (7)

**really** 45:21 54:20

**reason** 6:10 11:9 34:24 36:14 60:14 (5)

**reasonable** 23:19 34:9,21 54:22 62:6 (5)

**receipt** 61:3

**receive** 60:15

**received** 39:20 43:10,14 49:14 52:21 61:22 (6)

**recent** 21:4

**recently** 17:8 43:14

**recess** 20:10 57:7 64:16

**recognize** 16:23

**record** 4:2 6:14 7:13 9:17 10:9,19 20:9,11,16,20 21:20 22:24 23:12 26:3,6,9 27:6 30:6,9 44:23 45:11 46:7,25 47:18,24 48:2,3,7 53:5,15,19,20 57:6,8 60:20,20 61:8 64:15,17 66:20 70:10 (41)

**recorded** 46:18

**records** 17:11 18:4,8,11,16 19:4,14 22:22 28:7,10,10,12 39:7 40:16,19,21

41:13,14 42:3,9,13,19,22 43:2,22 46:13 47:15 49:7 56:21 57:2,3,13 59:20 60:4,21 61:2,4,18,22 62:8,12,14,16,21 67:9,12 (46)

**refer** 28:6 48:18 50:17 57:9 (4)

**reference** 31:10,12 33:11

**referred** 31:3 57:14,24 58:2 59:8,11 64:21 (7)

**referredto** 36:19 44:9

**referring** 31:20 45:4,20 51:21 57:20 (5)

**reflection** 11:18

**regarding** 6:19 12:19 13:2 19:9,14,18,23 23:13 33:16 34:3 43:2 62:2 66:6,17 (14)

**regards** 27:6

**regularly** 63:21 64:7

**related** 6:21 12:15,24 34:12 35:25 36:3 37:4 39:8,21 40:7,23 52:25 56:3 60:6 61:21 70:12 (16)

**relating** 39:17 43:22 44:13

**relation** 51:17

**relevant** 33:21
35:20

**relief** 6:8 10:23

**relieved** 7:21

**remained** 45:18
59:18

**remember** 42:17
43:16,19 59:25
60:17 (5)

**remove** 63:23

**removed** 38:2

**repeat** 44:6

**rephrase** 11:15

**rephrased** 11:14

**report** 39:9
41:9,10 52:4 (4)

**reporter** 4:25
7:2,4 36:20 44:10
(5)

**reports** 41:20
58:6

**representative**
4:11

**representing**
11:24

**request** 17:19
18:21 39:7,16,19
40:15 41:4
43:5,14,17 52:21
56:22 59:24
60:11,12,14
61:18,19 (18)

**requested** 19:4
42:14,19 43:2 (4)

**requests** 39:21
43:7,21 44:11,17

60:4,10 (7)

**require** 52:14

**required** 24:23
25:2,5

**requiring** 32:22

**reservation**
69:10

**reserve** 10:22
29:15

**reserved** 3:20
35:3

**respect** 66:22

**respective** 3:7

**respond** 5:15,24

**response** 5:20
10:8 17:18 18:20
25:10 43:10,15
60:15,17 (9)

**responsive** 24:19
41:7 52:21

**retain** 66:14

**retained** 12:22
27:10,11 28:10 (4)

**retaining** 60:21

**retention** 6:20
12:15,20 13:2
19:14,18,24 20:20
22:22 23:22 26:17
27:6,23 31:6,11,23
35:11 62:3 64:10
(19)

**retrieving** 42:22

**returned** 46:8

**review** 6:3,17
12:11,17,20 13:9

17:8 21:3,11
23:15 30:2 53:25
65:3 (13)

**reviewed** 13:6,8
51:7,10 (4)

**reviewing** 56:15

**reviews** 16:21
31:17

**richards** 1:24
70:6,20

**right** 5:7 8:8
10:22 12:9
28:4,13 29:16
35:3,20 41:19
52:9 58:9,12
59:13 64:25 (15)

**rights** 69:10

**robbery** 44:18
57:14 58:11,19
59:3 (5)

**robert** 1:9

**roll** 47:12,14

**rollcall** 6:21

**rollcalls** 6:15,20
7:16 10:25 24:10
(5)

**room** 57:2,3 62:8

**routine** 19:8
61:25

**routinely** 58:22
64:3

**rudin** 1:22 2:4

**rule** 10:3 21:21
22:14 24:14 25:3
(5)

**ruled** 10:16

**rules** 1:20
5:13,25 21:22 (4)

**ruling** 8:22 10:13

**s** 2:2,18,18 3:3,3
4:1 5:1 6:1 7:1 8:1
9:1,11,11,11 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:2 69:8,8 (75)

**said** 15:4,22,24
39:13,14 41:12
47:20 50:3 64:2
(9)

**same** 3:12,14,16
37:19 40:9,10,11
46:6 49:2 60:9
63:5 (11)

**save** 32:20

**say** 12:25 14:23
24:16 28:21 29:2
38:8 40:10 45:15
46:12,23
47:12,14,15 52:16
58:3 63:17,23 (17)

**saying** 22:16
35:5,7

**says** 57:13,24
58:11 65:4 (4)

**scan** 32:19 33:13

**scanned** 32:22
33:8

**scanning** 32:4
33:16,23,24 (4)

**scans** 35:18

**scheduled** 5:17
7:11

**scope**
20:14,18,24
23:2,13,17 24:7
33:20 34:9,21,21
35:2,13 36:5 (14)

**sealing** 3:8

**search** 17:11
18:11,12 20:22
21:5 22:10 24:18
25:9,19 42:14
43:12 48:16
49:14,18
51:3,14,20 52:24
55:17,20 56:21
59:16 (22)

**searched** 18:8
48:21,25 50:25
53:20 57:2,3 (7)

**searches** 6:19
19:2 22:11,18
39:25 (5)

**searching** 40:4
58:25 61:23

**second**
57:4,13,24
60:11,11 (5)

**section** 38:17
39:8 40:16,19,21
41:13,14 42:3,9,14
57:13 59:21
60:4,20,21 61:8
(16)

**see** 39:8 57:12 59:5

**seeking** 10:13,14

**seemingly** 62:7

**seems** 11:13 62:12

**semantics** 25:25

**sending** 45:20

**sent** 42:8 44:22 45:2,5 48:6 60:12 62:9 (7)

**separate** 39:17 43:7 60:4

**separately** 40:8

**september** 14:3

**sergeant** 14:3,5

**serial** 47:8

**service** 3:15

**set** 70:9,16

**sevenpage** 16:16

**several** 13:25 51:2 61:20

**she** 17:21,22

**shooting** 9:25 36:24 38:14

**short** 14:15 20:10 57:7 64:16 (4)

**should** 10:17 11:15,20 13:5 23:2,3 24:7 35:12 62:21 65:10,21 (11)

**shouldn't** 10:12

23:18 24:22 52:13 (4)

**showing** 16:19 29:24 30:24 31:15 (4)

**side** 5:15

**signature** 70:19

**signed** 3:10,12,14 17:4 67:19 (5)

**significantly** 21:13 36:9

**similar** 13:7 27:17

**since** 10:19 16:8 26:25 27:23 31:6,23 33:16 35:17 66:6 67:10 (10)

**single** 25:6 47:16

**six** 13:16

**sixpage** 29:13

**size** 48:13

**slipped** 49:13

**snap** 37:14 42:2

**so** 6:4,18 7:7,8,25 8:9,17,19 10:7 13:5 15:22 16:11 19:12 20:12,17 22:4,8,22 23:3,16,18 24:11,12,16 25:21,22 26:12,15 27:6 28:21 29:9,10 32:17 33:3,10,25 34:18 36:12 37:8,13,13,1 5,16,22 38:4,11 39:19,25 40:15,16,21

41:4,16,18,20 42:6,17 43:7,25 44:3,5 45:2,4,8,15,25 46:13,15 47:6,7,12,18,22 48:4,10,20 49:12,13,17,25 50:14,16,25 51:9,16 52:2,3,10,23,25 53:24 58:2,3 59:18 61:15,18 62:11,21,23 63:24 64:2,4 65:19 66:13 (104)

**solely** 22:17

**some** 5:17 6:8 11:19 12:23 27:12 37:13,13 38:16,17 40:25 45:12,21 48:25 49:19 52:9,10,23 53:7 61:21,24 63:15,22,22 64:2 (24)

**somebody** 59:24 60:14

**something** 29:3,3

**sometime** 49:9

**sometimes** 33:4 46:15 52:11

**somewhat** 40:22 41:17,18

**somewhere** 37:17

**soon** 9:5

**sorry** 15:22 66:19

**spare** 8:22

**speak** 20:24 21:9 22:22 60:9,12

63:13 (6)

**special** 65:4

**specific** 45:8 51:4 53:4,15 64:14 (5)

**specifically** 27:21 28:8 31:11 63:8 (4)

**specified** 28:9

**speculate** 54:10

**spoke** 33:12 59:20,23,25 60:14 (5)

**spreadsheet** 50:25 51:4

**squad** 13:2,14 14:17,21 15:11,16,25 37:8 38:6 41:22,23 42:8 44:18 49:8,20,21 50:13 51:3,5 57:14 58:3,12,19 59:3,17,18 (26)

**squads** 28:9

**stamped** 51:22,25 57:10

**stapled** 52:4

**start** 10:12 11:2

**started** 10:10 13:17 58:3

**state** 1:25 9:13,17 70:3,7 (5)

**stated** 23:11

**statement** 33:12

**states** 1:2 9:23

**stay** 37:16,24

**steps** 40:9,10,11 42:18,23 (5)

**steven** 1:19 9:19 16:16 67:18 68:5 (5)

**sticker** 47:7

**still** 7:16 17:21

**stipulated** 3:6,19

**stipulation** 29:21

**storage** 33:17 34:11 37:9,10,11 45:16 47:3,23 48:8 49:8 50:21 62:9,11,14 (14)

**store** 32:5

**stored** 37:5,10 39:3 42:9 62:21 (5)

**storing** 62:16

**strategies** 15:3 16:4

**street** 1:22 2:6,100

**stuff** 34:25 49:12

**submitted** 16:7

**subpoena** 1:20

**subsequent** 39:21 43:12

**such** 17:24 20:5 26:20,24 32:8,12 37:5 38:14 39:2 44:17 70:9 (11)

**sufficient** 11:7

**sufficiently** 6:25

**sure** 15:19 25:13 26:5,14 28:18 35:21 39:12 44:5 57:3,4 60:13 66:19 (12)

**surprise** 23:18

**sworn** 3:10 9:12 67:19 70:9 (4)

**system** 32:17,22 33:7 41:21 44:2,4 49:18 (7)

**t** 2:18 3:3,3 9:11,11,11 68:2 69:8 70:2,2 (10)

**take** 21:17 23:5 28:3 42:24,24 46:13,15 56:25 (8)

**taken** 1:19 20:10 40:9,10 57:7 64:16 (6)

**taking** 10:2 21:22 23:17

**talking** 39:12

**tell** 5:10 13:5 34:13 45:9 (4)

**ten** 55:15

**terms** 23:6 33:22

**testified** 9:14 25:16 33:23 38:19 59:23 60:19 (6)

**testify** 11:9 22:3,6,17 23:8,20 24:4,20,23 25:2,15 (11)

**testifying** 28:13

**testimony** 6:19

**20:19,24** 29:23 31:3 56:7 70:10 (7)

**than** 7:10 8:20 19:2 22:22 41:9 62:13 65:4 (7)

**thank** 65:14

**their** 10:23 38:12 42:4,21 66:16 (5)

**them** 6:17 28:17 32:5 33:6 38:17,17 41:3,5,23 42:9 43:10 61:10,19,24 64:2 65:5 (16)

**themselves** 13:8

**there's** 27:12 29:6,6 31:12 35:17 37:20 38:4 40:23 45:5 46:20 47:24 62:11 64:6 66:10 (14)

**these** 7:15 18:4 28:19,22 29:16 30:10 36:13 43:13 51:4 52:20 57:16 58:6 64:4,6 (14)

**they're** 5:25 6:8 31:11 41:23 64:3 (5)

**thing** 47:17

**things** 40:4 54:22

**think** 15:22 34:25 37:22 54:6,12,23 (6)

**thinks** 6:8

**third** 57:14 58:11,18

**thisday** 67:20

**those** 13:3 18:11 19:3,3 21:7,11,15,18 27:5 31:16,19 33:8 35:12 36:7 37:15 38:5 39:10 40:4,4,7,24 41:2,4,12 43:14 44:13 47:7 49:4 50:4 51:25 52:2,6,15 53:16,19,21,25 54:7,22 55:24 57:20 61:4 65:4 66:10 (44)

**thought** 9:3

**three** 8:22,24 24:17 31:14 42:2 51:24 54:22 (7)

**through** 24:3 41:5,21 45:16 48:11,11 61:19 64:4,5,10 66:9 (11)

**thursday** 5:18

**time** 1:14 3:21 5:17,24 7:19 8:2 9:4 10:23 12:6 14:16 15:10 19:18 21:5,16 23:14 24:6 46:13,13 51:6 57:4 60:11,13 66:6 (23)

**times** 12:5

**title** 31:14

**titles** 24:17 25:9

**today** 8:23 11:9,24 23:8,11 24:4 40:2 56:7 62:25 (9)

**today's** 20:18 69:10

**together** 38:6 52:15

**told** 36:6

**too** 6:5 24:24

**took** 7:8 8:24 10:11 40:11 42:18 (5)

**top** 24:17

**topic** 53:4

**topics** 21:23

**total** 52:6

**tower** 1:22 2:5

**transcript** 26:2

**transference** 44:23

**transferred** 47:23 61:3

**trial** 3:21 35:10,10

**triplicate** 38:20 39:2

**true** 47:22 70:10

**try** 18:4 21:18 59:7

**trying** 25:13

**two** 15:13 25:18 39:17 40:5,7 43:7 44:13 47:7 53:16 60:4 (10)

**twopage** 30:13

**type** 38:15 63:15

**typed** 41:25

**u** 3:3 9:11 69:8

**uf61** 42:7

**unclear** 11:13

**under** 5:12,25 10:2 21:21 25:3 32:25 35:17 (7)

**understand** 4:21 11:16,21 19:12 25:13,22 36:15 38:22 39:16 52:19 (10)

**understanding** 7:14,19 21:10,12,17 22:21,25 23:21 24:5 25:4,17,18 40:22 41:3,16,17 42:6 50:16 57:21,25 58:14 60:19 61:2,7 65:8,12 (26)

**understood** 41:11

**undertook** 22:18 40:2 48:17

**unique** 47:8

**unit** 28:7 46:15 47:10 57:14,24 58:3,5,6 59:8,12 (10)

**united** 1:2 9:23

**units** 46:13

**unjustly** 9:25

**unless** 7:14 17:21 34:16

**unreasonable** 25:12

**unsigned** 3:13

**until**  5:18,20 7:9
8:5,7,9 10:12
14:2,8,13,23
16:3,3 (13)

**up**  8:13 10:20
59:15

**update**  63:16

**updated**  63:22,24

**upon**  3:16 11:18

**us**  8:4

**used**  3:14

**using**  41:25
60:22

**v**  9:11

**versions**  63:4

**very**  8:15 57:12

**via**  60:12,21

**w**  9:11

**waived**  3:9

**want**  12:25 14:23
24:11 25:24,25
26:12,14 39:11
45:24 46:22 52:16
53:3 57:9 64:18
66:19 (15)

**wasn't**  60:13

**watch**  14:16

**way**  7:3 11:19
28:24 44:24 50:3
52:3 70:14 (7)

**we'd**  6:13

**we're**  20:17
26:14 39:12 61:14
(4)

**we've**  31:15

**weapon**  51:17

**webbased**  47:9

**weeks**  21:17

**weiss**  1:19 4:1,10
5:1 6:1 7:1 8:1
9:1,19,21 10:1
11:1,5,8 12:1 13:1
14:1 15:1 16:1,16
17:1 18:1 19:1
20:1 21:1,8 22:1,9
23:1,7,20 24:1,13
25:1,14 26:1 27:1
28:1 29:1,24 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1,18 68:5 (80)

**weiss's**  20:19

**well**  4:10 10:21
20:22 22:15
24:9,25 27:3
34:13 50:4 51:9
53:10 56:2,25
58:17 59:10 62:13
(16)

**went**  62:25 63:2

**weren't**  52:8

**west**  1:22 2:6

**what**  10:6
12:22,22 13:12,19
14:4,9 15:8 16:25
18:5 19:12,13
20:23

23:7,15,20,22,25
24:6 25:21,22
27:5,9,10,21
28:9,10 31:5
32:25 33:9,21
34:10 35:22 36:12
38:8 39:12,13
40:19,22 41:5
42:18,21,23
45:3,4,9 46:25
49:16 51:11 52:11
53:20,21 54:10
56:16,20
57:20,25,25 58:14
61:7,8,25 62:7,15
66:5,16,21 (67)

**what's**  16:19
29:24 30:24 32:16
45:18 47:11 63:19
(7)

**whatever**  6:9,10
47:15 48:11 (4)

**when**  5:12 6:2
12:7 15:17,22
16:10,11 23:14
24:16 29:2 33:3
38:8 39:25
40:10,15
41:12,23,24 43:5
46:2,18 47:2
49:14 52:25 59:24
60:9 62:25 (27)

**where**  32:19
37:4,18
45:13,17,22 51:25
52:11 53:22 54:11
56:13 57:24 59:18
65:3 (14)

**whereof**  70:16

**whereupon**  4:3
16:15,21 20:10
26:7 29:12
30:7,12,15,18,21
31:17 36:19 44:9
57:7 64:16 67:14
(17)

**whether**  18:7,16
19:17 28:19,24
32:3 33:5 35:17
37:9 46:19 53:5
54:25 55:6,11
59:7 63:10 64:8
65:15,20,24,25
67:4,8 (23)

**whey**  7:24

**which**  5:14
12:14,19 22:13
23:4,15 24:6
25:17,19 27:11
32:18 33:9
35:9,17 39:6
40:23 45:8
48:14,18 49:18
51:15,22,24 52:14
56:2 62:7,20 (27)

**who**  9:24 22:2
24:18 25:6,9,18
42:13 53:12,13
60:17 (10)

**who's**  4:15,18

**whoever**  45:24

**whole**  10:24
37:15

**wholesale**  63:22

**whose**  70:8

**why**  5:11
7:7,8,8,18
8:9,20,24 11:9
22:8 34:19 50:9
54:6 58:14 (14)

**will**  9:6 21:20
22:15 29:11
33:8,10
46:12,13,15 (9)

**wishes**  5:3

**withdrawn**  55:4

**within**  3:8 36:4
70:7

**witness**  1:18
3:10,15,17 4:24
9:12 12:9 16:21
24:20 25:6,6 28:4
30:2 31:17 33:19
34:16 65:6 67:15
70:8,11,16 (21)

**witnesses**  22:6
25:5

**won't**  61:16

**words**  49:20

**would**  6:21
7:16,21,25 8:25
21:5,14,16,17
23:7,13,16 25:11
26:3 28:21
33:13,21 34:4
35:9,25 36:3,5
37:16,17,18,23,24
38:2,5,5,7,14,15,1
7,18,20 40:24
42:3,4,8 44:24
45:15 48:6,13,14
51:11
53:10,12,13,22
54:22 56:13,14
58:2,6,7,18
62:19,22,23 (60)

**wouldn't**  21:13
36:2,8 38:17 (4)

**write**  50:19 55:16

**written**  21:6 24:2
33:5,11 47:24
48:2,7 (7)

**wrote**  15:23 16:6
41:6

**x**  1:3,11 68:2
69:2,8 (5)

**yeah**  15:21 48:22
49:16 58:9 (4)

**year**  27:11

**years**  13:16
46:17 61:20

**yes**  4:23 5:2,6,8
7:4,5 11:17,22,25
12:4,10,13
13:18,23 15:5
16:24 17:6,9,13,23
18:10 19:15
27:2,4
28:2,5,14,16 30:5
31:4,21 32:15,24
35:21 37:2 38:23
39:5,15,24 40:18
42:12,17 48:24
49:3 50:8,18,23
51:23 54:5
55:18,23 56:13,19
57:11,15,19,23
58:13,21 59:22
60:8,25 61:13
64:23 65:2 (65)

**yet**  33:5

**york**
1:3,8,18,23,23,25
2:7,7,10,12,13,13,
19 9:13,20,20,24
70:3,4,7 (20)

**you'd**  11:14

**you're**  4:21 17:7
19:12,13 21:9
22:16,16 25:23
27:22 28:13 34:5
35:7 37:4 39:25
45:3,20,25 51:21
53:13 (19)

**you've**  17:8

**your**  4:16,19,23
5:2 6:13
7:4,5,7,13 8:6,15
9:2,4,8,17 11:20
13:12,19 14:4,9,14
15:8 16:6 17:11
18:12 19:4 23:6
31:3 34:5 40:2

41:6 42:6
48:4,18,20
50:16,19 53:25
54:15,17 55:15
56:7 57:21,25
58:14 59:24
60:15,19 61:2,7
62:13 64:18 65:8
(53)

**yourself**  65:5

**983**  52:24

**1018**  1:14

**1226**  67:14

**1999**  13:17

**2005**  9:25
13:4,6,7,10 14:3,3
19:9,14,23 20:21
23:23 24:2 26:16
32:3 33:25 35:9
36:4 37:6 42:6
44:21 45:10,25
47:12,14 48:5
49:19,23
50:2,14,16,17 51:2
54:3,7 57:17
65:19 66:6,10
67:10 (40)

**2006**  13:4 19:9,23
26:16 32:3 35:9
36:4 37:6 42:7
44:21 45:10,25
47:15 48:6 57:17
65:19 (16)

**2008**  14:24 16:2

**2009**  14:8

**2010**  26:21 27:23
31:6,23 32:9,13
33:16,22 34:2,10
35:17 (11)

**2014**  14:13

**2015**  49:9

**2017**  12:21
27:16,18 28:7
29:13 30:13,17
31:2 64:22
65:13,16 66:25
67:2,5 (14)

**2018**  15:25 16:3,4
63:2 (4)

**2019**  1:13 6:25
7:21 10:14 11:7
15:20,21 16:8,17
17:5 20:13
30:20,23 62:4
66:22 70:17 (16)

**3059**  51:25

**10007**  2:13

**10018**  1:23

**10019**  2:7

**10038**  9:20

**32205**  62:20

**142019**  68:13,15

**1282017**  68:11

**3132017**  68:3

**7272017**  68:9

**11272019**  68:6